### LIQUIDATION ANALYSIS - HC JEFFRIES TOWER COMPANY, INC.

| Description of Asset | Fair Market Value[1] | Liquidation Value |
|---|---|---|
| 1.   Cash | $       11,000.00 | $       11,000.00 |
| 2.   Accounts Receivable | $     284,852.49 | $     227,881.99[2] |
| 3.   Office Equipment | $       16,000.00 | $              0.00[3] |
| 4.   Vehicles, trailers, etc. | $     147,600.00 | $       88,560.00 |
| 5.   Inventory | $              0.00 | $              0.00 |
| 6.   Machinery & Equipment | $     988,475.00 | $     593,085.00 |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total:** | **$ 1,447,927.49** | **$   920,526.99** |

Total Asset available for distribution after liquidation:          $ 920,526.99
     1.          Auctioneer's Fees. (10%)                              $   92,052.70
     2.          Trustee's Fees 11 U.S.C. §326                   $   53,250.00
     3.          Trustee's Attorney's Fees                          $   20,000.00
     4.          Secured Creditors - Montgomery County   $     7,090.18
     5.          Secured Creditors - All Others                    $ (56,473.67)
     5.          Priority Creditors                                      $           0.00
     6.          Available for Unsecured Creditors:             $           0.00

---

[1]   As of date of filing.

[2]   Assuming 80% collectible in a compromise with a Chapter 7 Trustee..

[3]   The office equipment consists of old computers, tables, file cabinets, etc. with little or no value.

Exhibit "A"