**LIQUIDATION ANALYSIS - FORD STEEL, LLC**

| Description of Asset | Fair Market Value[1] | Liquidation Value |
|---|---|---|
| 1. Cash | $ 2,543.37 | $ 2,543.37 |
| 2. Accounts Receivable | $ 409,802.65 | $ 327,842.12[2] |
| 3. Real Estate | $7,570,000.00 | $ 0.00[3] |
| 4. Office Equipment | $ 19,955.00 | $ 0.00[4] |
| 5. Vehicles, trailers, etc. | $ 37,000.00 | $ 22,200.00 |
| 6. Inventory | $ 0.00 | $ 0.00 |
| 7. Machinery & Equipment | $ 1,546,925.00 | $ 928,155.00 |
| | | |
| | | |
| **Total:** | **$ 9,586,226.02** | **$ 1,280,740.49** |

Total Asset available for distribution after liquidation:   $1,280,740.49
   1. Auctioneer's Fees. (10%)   $ 128,074.65
   2. Trustee's Fees 11 U.S.C. §326   $ 61,672.21
   3. Trustee's Attorney's Fees   $ 20,000.00
   4. IRS Deficiency on Secured Claim (Estimated)   $ 763,873.36
   5. Priority Creditors   $ (18,113.61))
   6. Available for Unsecured Creditors:   $ 0.00

---

[1] As of date of filing.

[2] Assuming 80% collectible in a compromise with a Chapter 7 Trustee.

[3] The mortgage and tax liens exceed the value of the real property.   (Equitable Life = $2,658,000 [The filed proof of claim was for $2,814,872.15 - the Debtor disputes this amount and used the amount of debt listed on the Debtor's Schedule D]; Bank & Trust of Bryan/College Station = $678,078.16; Real Property Taxes = $85,795.20; IRS = $4,912,000.00; Total Secured Debt = $8,333,873.36.   As the liens exceed the secured debts, it is presumed that the Chapter 7 Trustee will abandon this asset as there is no equity for the Trustee to administer for the unsecured creditors.

[4] The office equipment consists of old computers, tables, file cabinets, etc. with little or no value.

Exhibit "A"