**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **H.C. Jeffries Tower Company, Inc., and** | § | **Case No. 17-35027** |
| **Ford Steel, LLC,** | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

**United States of America's Supplemental Designation of the Record on Appeal**

The United States of America (the "United States"), acting on behalf of its Internal Revenue Service (the "IRS"), files this Supplemental Designation of the Record on Appeal. This filing does not designate any additional items to be included in the record. Instead, the United States makes this filing to comply with the requirement to electronically file copies of admitted trial exhibits designated by the United States for inclusion in the record, except those exhibits which are already on file with the Bankruptcy Court.

Dated: June 21, 2019.

Respectfully submitted,

RYAN K. PATRICK,
United States Attorney

By:  *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346
1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov
**Attorney for the United States of America**

1

## Certificate of Service

The undersigned certifies that he served the foregoing Designation on counsel for H.C. Jeffries Tower Company, Inc., Ford Steel, LLC, Equitable Life & Casualty Insurance Company, and the United States Trustee on June 21, 2019, through the Court's ECF notification system.

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
