```
 1                 UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   IN RE:                )   CASE NO. 17-35027-H5-11
                           )   (Chapter 11)
 4   H.C. JEFFRIES TOWER    )   JUDGE RODRIGUEZ
     COMPANY, INC.          )
 5                          )   CASE NO. 17-35028-H5-11
         Debtor.           )   (Chapter 11)
 6                          )   JUDGE RODRIGUEZ
     FORD STEEL, LLC       )
 7                          )   Jointly Administered under
         Debtor.           )   CASE NO. 17-35027
 8

 9             ********************************

10                     2004 EXAMINATION OF

11                   HERBERT C. JEFFRIES

12                     AUGUST 8, 2018

13             ********************************

14             2004 EXAMINATION OF HERBERT C. JEFFRIES,

15   produced as a witness at the instance of the UNITED

16   STATES, and duly sworn, was taken in the above-styled and

17   numbered cause on AUGUST 8, 2018, from 1:04 p.m. to 4:04

18   p.m., before Cynthia D. Barnett, CSR, RPR, in and for the

19   State of Texas, reported by machine shorthand at the

20   offices of Cooper & Scully, 815 Walker Street, Suite

21   1040, Houston, Texas, pursuant to the Federal Rules of

22   Civil Procedure and the provisions stated in the record

23   or attached hereto.

24

25
```

Herbert C. Jeffries                                                                    2

```
 1              A P P E A R A N C E S

 2

     FOR THE DEBTORS H.C. Jeffries Tower Company, Inc.:
 3
        MS. JULIE M. KOENIG
 4      Cooper & Scully
        815 Walker Street, Suite 1040
 5      Houston, Texas 77002
        713.236.6825
 6      Fax 713.236.6880
        julie.koenig@cooperscully.com
 7
     FOR THE UNITED STATES:
 8
        MR. RICHARD A. KINCHELOE
 9      U.S. Attorney's Office
        Southern District of Texas
10      1000 Louisiana, Suite 2300
        Houston, Texas 77002
11      713.567.9422
        Fax 713.718.3033
12      richard.kincheloe@usdoj.gov

13   FOR EQUITABLE LIFE & CASUALTY INSURANCE COMPANY:

14      MR. BRUCE J. RUZINSKY
        Jackson Walker LLP
15      1401 McKinney, Suite 1900
        Houston, Texas 77010
16      713.752.4204
        Fax 713.308.4155
17      bruzinsky@jw.com

18   FOR HERBERT C. JEFFRIES:

19      MR. CHARLES WUEST
        Currin Wuest Mielke Paul & Knapp, PLLC
20      800 Rockmead Drive, Suite 220
        Kingwood, Texas 77339
21      281.359.0100
        Fax 281.359.3466
22      cwuest@cwmpk.com

23                      * * * * *

24

25
```

Herbert C. Jeffries

```
 1                            INDEX

 2                                                    PAGE

 3   Appearances................................................  2

 4   WITNESS:  HERBERT C. JEFFRIES

 5        EXAMINATION BY MR. KINCHELOE........................  5

 6        EXAMINATION BY MR. RUZINSKY........................ 71

 7        FURTHER EXAMINATION BY MR. KINCHELOE................ 98

 8        FURTHER EXAMINATION BY MR. RUZINSKY................ 105

 9

10   Changes and Signature.................................... 107

11   Reporter's Certification................................ 109

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         EXHIBITS

 2   NO.          DESCRIPTION                              PAGE

 3   Exhibit 1    Schedule A/B:  Assets -- Real and Personal

 4                Property for H.C. Jeffries Tower Company,

 5                Inc....................................... 34

 6   Exhibit 2    Schedule A/B:  Assets -- Real and Personal

 7                Property for Ford Steel, LLC................ 50

 8   Exhibit 3    Chart on Status from Last Meeting on Jobs

 9                or Shop Updates............................. 53

10   Exhibit 4    Debtor Ford Steel, LLC's Third Amended

11                Disclosure Statement........................ 83

12   Exhibit 5    Ford Steel financial documents.............. 96

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  (The reading of the Federal Rule

 2            30(b)(5)(A) into the record was waived by all

 3            parties present.)

 4                          HERBERT C. JEFFRIES,

 5            having been first duly sworn, testified as

 6            follows:

 7                          EXAMINATION

 8      QUESTIONS BY MR. KINCHELOE:

 9      Q     Mr. Jeffries, would you please introduce

10            yourself for the transcript?

11      A     My name is Herbert Jeffries.

12      Q     You're the owner of H.C. Jeffries and Ford

13            Steel?

14      A     I'm the owner of H.C. Jeffries and Ford Steel.

15      Q     Have you ever been deposed before?

16      A     Yes.

17      Q     How many times?

18      A     Once.

19      Q     What type of case was it?

20      A     It was a -- it was a lawsuit.

21      Q     Okay.  Subject matter of the lawsuit?

22      A     It was business -- let me think how to -- what

23            it would be considered.  It was just a business

24            dispute.

25      Q     Okay.  You understand that you're under oath
```

Herbert C. Jeffries

6

```
 1              today?

 2    A    Yes.

 3    Q    You understand that we are asking you questions

 4         and trying to get you to testify about topics.

 5         I mean, for me I'm trying to get information

 6         because most of the information is in your head

 7         and not mine, but you understand that because

 8         you're under oath, we can use your testimony

 9         today at a court proceeding later?

10    A    I do.

11    Q    And you're doing a great job of it already, but

12         you and I both need to be careful and

13         Mr. Ruzinsky as well, not to speak at the same

14         time.  Your lawyer may or may not have

15         objections to some of the questions we ask.  We

16         may talk about things, but generally she'll make

17         her objection and one of us will say you can

18         still answer and you just go ahead and answer.

19                 If you don't understand a question, by

20         all means tell us, you know, I don't understand

21         that question because we want to make sure that

22         you're understanding our questions so that we're

23         getting answers that we understand because

24         neither of us need to have the confusion later

25         where we say well, I didn't understand your
```

```
 1                question or I didn't understand your answer,

 2                okay?

 3       A        Okay.

 4       Q        Let's talk about H.C. Jeffries first.  When was

 5                H.C. Jeffries created?

 6       A        1979.

 7       Q        Okay.  Who created it?

 8       A        I did.

 9       Q        Okay.  Have you -- did you do anything before

10                1979?

11       A        I did tower work on a freelance basis from

12                starting around 1975 and then I formed the

13                company in '79.

14       Q        What about Ford Steel, when did you create Ford

15                Steel?

16       A        2007 I believe, the best I recall, '6 or '7.  I

17                think it may be '7.

18       Q        What does Ford Steel do?

19       A        It fabricates structural steel, structural

20                components for a wide variety of industries.

21       Q        Does it sell to any companies other than H.C.

22                Jeffries?

23       A        Yes.

24       Q        What companies does it sell to?

25       A        It sells to a wide variety of companies
```

Herbert C. Jeffries

```
 1              primarily in the petro-chem and oil industries.

 2     Q    Okay.  And if you were going to explain H.C.

 3          Jeffries to someone who hasn't been involved in

 4          this case, what would you say it does?

 5     A    It -- it sells turnkey projects, sometimes

 6          broadcast towers for television and radio

 7          industry primarily.  And in other words, not

 8          like cellular towers, but -- although it's done

 9          a few, 99 percent of its business is broadcast.

10          It erects them.  It maintains them.

11     Q    Towers that is?

12     A    Yes, for TV and radio stations all over the

13          United States.

14     Q    Why did H.C. Jeffries file bankruptcy?

15     A    It was -- I'm not sure how to answer that.

16     Q    Well, who made the decision for H.C. Jeffries to

17          file bankruptcy?

18     A    I would have to think about that one hard.  I --

19          you know, I'm -- again, I'm not sure how to

20          answer that.

21     Q    Well, you signed the bankruptcy petition, right?

22     A    I believe that's correct, yeah.

23     Q    Okay.  Did you sign the agreement to engage

24          bankruptcy counsel?

25     A    I would have to see the documents.  I'm not sure
```

Herbert C. Jeffries

9

```
 1              what all -- it's been a long road and a lot of

 2              stuff, two different companies.  Honestly, I

 3              can't remember what all I've signed, but I

 4              signed whatever was necessary and needed to be

 5              signed.

 6    Q    Would anyone other than you have had the

 7              authority to sign these documents?

 8    A    I don't know.  I'm not an attorney.  I'm not

 9              sure about that.

10    Q    Who is -- you said you owned H.C. Jeffries,

11              right?

12    A    Yes.

13    Q    Does anyone else own a portion of it, or do you

14              own 100 percent?

15    A    100 percent my wife and I.

16    Q    Your wife and you?

17    A    Yeah.

18    Q    Okay.  Who would you say is in charge of H.C.

19              Jeffries?

20    A    I am.

21    Q    Is anyone else as you would call it in charge of

22              H.C. Jeffries?

23    A    There's a variety of people that run different

24              portions of H.C. Jeffries.

25    Q    Okay.  Who would that be?
```

```
 1    A    I guess I run the field operations and oversee

 2         crews.  Mary Jeffries, my wife, is -- would be

 3         the office manager.  Mark McElroy is our CFO and

 4         CPA and handles the financial end.  And then as

 5         you go on, there's other supervisors and so

 6         forth, other field supervisors and so forth.

 7    Q    Now, in terms of the business, does your wife

 8         report to you?

 9    A    Sometimes I report to her.

10    Q    Right.  I'm talking about at the business, not

11         at home.

12    A    No, I'm talking business, too.

13    Q    Okay.  So she is responsible for the business

14         over you?

15    A    No, I wouldn't say she's over me.  I'm the

16         president.

17    Q    Okay.  Does she have an official title?

18    A    Office manager.

19    Q    Does she have any other titles with H.C.

20         Jeffries?

21    A    No.

22    Q    Is there a vice president of H.C. Jeffries?

23    A    No.

24    Q    Are there any other officers other than you?

25    A    I don't know.  I would have to look back and see
```

Herbert C. Jeffries

```
 1              again.  That's corporate documents.  That gets

 2              back to my attorneys and people that lay stuff

 3              out and, again, I build towers.

 4    Q    Let me phrase it to you this way.  Are you aware

 5              of anyone else holding an officer position in

 6              H.C. Jeffries other than yourself?

 7    A    Not to my knowledge, but, again, I would have to

 8              look at the corporate documents, how it was set

 9              up long ago.  I don't know.

10    Q    Okay.  To your knowledge, does anyone other than

11              you have authority to file bankruptcy for the

12              company?

13    A    I'm not sure -- I don't recall how all that

14              works, so, again, without speaking with my

15              attorneys, I don't know how to answer that.

16    Q    Okay.  Has H.C. Jeffries Tower Company had any

17              financial problems over the last five years?

18    A    Yes.

19    Q    What kind of financial problems has it had?

20    A    Just in general, financial problems.  I don't

21              know how else to describe it.

22    Q    Okay.

23    A    But all of that's been presented already

24              through -- to the courts and everyone involved

25              during this, so...
```

| | | |
|---|---|---|
| 1 | Q | Where would I look to find that information |
| 2 | | about H.C. Jeffries' financial problems? |
| 3 | A | You would talk to my attorney. |
| 4 | Q | Well, your attorney doesn't want to testify so |
| 5 | | I've got to talk to you.  Financial problems, |
| 6 | | were you having trouble making payroll? |
| 7 | A | Again, I would have to look back and see what we |
| 8 | | had problems with.  I'm not sure. |
| 9 | Q | Did you have -- did you have problems making |
| 10 | | loan payments? |
| 11 | A | Again, I would have to look back and talk to the |
| 12 | | people who handle the financial and review it |
| 13 | | because there's so many documents.  I -- you |
| 14 | | know, I would have to look back and see, but I |
| 15 | | would have to see what loans we're talking |
| 16 | | about, you know.  I'd need that information in |
| 17 | | front of me to do that. |
| 18 | Q | Did you have -- did H.C. Jeffries have trouble |
| 19 | | paying suppliers? |
| 20 | A | Yes, we did have trouble paying suppliers.  And |
| 21 | | the -- you know, and we did have trouble paying |
| 22 | | certain loan payments.  I do know that. |
| 23 | Q | Okay.  Like which ones? |
| 24 | A | Well, I know that we had trouble paying our |
| 25 | | mortgage. |

```
 1    Q    The H.C. Jeffries?

 2    A    But not on -- again, well, I'm getting crossed

 3         up here now.  That's Ford.  That's what I mean,

 4         I would have to look back because we got two

 5         cases going together and it's confusing.  But

 6         the Tower Company didn't have a mortgage, so in

 7         terms of note payments on Tower, I don't even

 8         remember what note payments we had, but I think

 9         there were some suppliers.  And I know there's

10         some suppliers that we had trouble.  We were

11         late in paying or maybe still owe.  So note

12         payments, I'm not sure about on Tower.

13    Q    Did -- I call it H.C. Jeffries.  You're calling

14         it Tower.  Would you prefer that I call it Tower

15         or H.C. Jeffries?

16    A    H.C. Jeffries is fine.

17    Q    Okay.

18    A    I just...

19    Q    Does H.C. Jeffries have any lease payments?

20    A    Prior to filing or since filing?

21    Q    Well, let's -- prior to filing, did it have any

22         lease payments?

23    A    I think it did, but I'm not sure which ones.

24    Q    Who would it have had lease payments to?

25    A    I think it had office lease payments to Ford
```

Herbert C. Jeffries                                                      14

```
 1              Steel.

 2      Q     Okay.  Do you know how much that lease was?

 3      A     I don't recall.

 4      Q     Since filing bankruptcy has H.C. Jeffries had

 5            any lease payments?

 6      A     Since filing it has no lease payments that I'm

 7            aware of other than maybe to Ford Steel.  Any

 8            others I'm not sure.  I know we have some

 9            rentals, but they're month to month, so I'm not

10            sure regarding leases.  I may -- I would have to

11            again speak with people that handle those

12            departments in our company.

13      Q     Who would be the most knowledgeable person to

14            talk to Mr. Ruzinsky and I about --

15      A     Mark McElroy.

16      Q     Okay.  Mr. McElroy?

17                    Would anyone else know about that?

18      A     He would be the primary on that.

19      Q     Would there be anyone else?  Not just who's the

20            best.

21      A     Without knowing what they are, I'm not sure who

22            would know, so again...

23      Q     Who would -- who else would know about the

24            financial problems before bankruptcy?

25      A     Who would know about financial problems before
```

```
 1              bankruptcy?  I'm not sure who all would know.

 2    Q    Okay.  Who all would know about tax problems

 3         before bankruptcy?

 4    A    I don't know who all would know.  I don't know

 5         who -- everybody would -- I don't know.

 6    Q    Okay.  Who -- do you know anybody who would know

 7         about tax problems?

 8    A    Well, it's a public record so I guess everybody

 9         who reads a public record would know.

10    Q    Are there any people at your company that would

11         know about your company's tax problems?

12    A    Well, Mark McElroy would.  Mary would, my wife;

13         myself; and I guess, you know, people that I've

14         discussed it with, you know, attorneys --

15    Q    Not asking --

16    A    -- so forth.

17    Q    -- about attorneys.

18    A    Anybody else -- my -- Katherine, my daughter

19         works there.  She would know.  We discuss it

20         with her.  Pretty much anybody else, we don't

21         discuss that with them so I'm not sure who else

22         would know, but to my knowledge, those are the

23         ones that know.

24    Q    What does Katherine do for H.C. Jeffries?

25    A    Katherine oversees the -- well, for H.C.
```

```
 1              Jeffries, she handles the safety side, safety

 2              reports with our personnel in the field, gets

 3              involved with the training that's necessary and

 4              OSHA compliance, things of that nature.

 5    Q    Does she do the same thing for Ford Steel?

 6    A    She does for Ford that, in addition to many

 7              other things with Ford.  She does -- handles our

 8              certifications which Ford Steel holds many

 9              certifications which take countless hours doing

10              and years to achieve and lots of long audits to

11              maintain.  So -- and those are certifications

12              for fabrication and a lot of them specifically

13              for the oil and gas industry.  We hold some

14              pretty specialized certifications in that area.

15    Q    How familiar are you with the income of H.C.

16              Jeffries?

17    A    With the income?  I'm -- I'm somewhat familiar

18              with it.

19    Q    I mean, you're the owner, right?

20    A    Yeah.

21    Q    And income -- if H.C. Jeffries isn't making

22              money, you don't make money, right?

23    A    That's right.

24    Q    Okay.  How has the income for H.C. Jeffries been

25              over the last five years?
```

Herbert C. Jeffries

| 1 | A | It -- it was down for not all the last five |
|---|---|---|
| 2 | | years, but I would say for the first few of that |
| 3 | | last five years, it was down after, you know -- |
| 4 | | there was some changes in the economy that had a |
| 5 | | great effect on it as it did a lot of |
| 6 | | businesses. |
| 7 | Q | What kind of changes hurt H.C. Jeffries' income? |
| 8 | A | Well, there were, let's say, maybe beyond the |
| 9 | | last five years, but things that early on that |
| 10 | | set in place that caused a long-term, |
| 11 | | several-year deal and that would be starting |
| 12 | | around 2008 or '9.  There was a recession that |
| 13 | | hit -- hit hard, did the whole industry because |
| 14 | | the broadcast industry got hit particularly hard |
| 15 | | with that.  Car dealers stopped advertising and |
| 16 | | radio stations' and TV stations' incomes |
| 17 | | plummeted and so that took a few years to start |
| 18 | | coming back.  But when it came back, it never |
| 19 | | came back fully because there were so many new |
| 20 | | forms of advertising via the Internet and these |
| 21 | | phones and just things had changed.  And so when |
| 22 | | it came back, it came back maybe only halfway. |
| 23 | | So a lot of TV and radio stations |
| 24 | | tended to put off maintenance, new development |
| 25 | | plan projects as long as they could.  That was |

```
 1              the thing that, you know, probably hurt a lot,

 2              so we started -- we looked in other areas, other

 3              types of towers to start diversifying until it

 4              came back.  So slowly it started coming back.

 5              We also started chasing other customers.  High

 6              definition TV came along and it was a short shot

 7              in the arm.

 8                    But then there's a new thing called

 9              repack and it's come out.  Government's paying

10              for it and it's completely turned things around.

11              And we've known it was coming.  It was mandated

12              by the government, it was funded by the

13              government.  And so we have been ramping up that

14              for a while and now we're well in that and we've

15              got projects booked for many years.

16      Q      About how many years do you have projects --

17      A      Currently I've got --

18      Q      I'm sorry.  You've got to let me finish asking

19              my questions.

20      A      Okay.

21      Q      About from how many years from today's date do

22              you have projects booked for repack?

23      A      Three years.

24      Q      Three years.

25      A      A little over $16 million I have in awarded
```

Herbert C. Jeffries

19

```
 1            contracts currently.

 2    Q       What is your profit margin on an awarded

 3            contract?

 4    A       My profit margins range from 28 to 40 percent

 5            depending on the project in that particular

 6            industry.

 7    Q       Is it dependent on the price of steel?

 8    A       No, not in Tower Company.

 9    Q       Okay.  Explain why.

10    A       Steel plays a small part of what Tower Company

11            does.  Although it's an important part, maybe on

12            the average each job that we do for the Tower

13            Company, we might about -- on a million dollar

14            job, there might be 100 to $150,000 worth of

15            steel.  So while Ford does benefit, sometimes

16            it's just maintenance.  Sometimes the steel is a

17            little higher.  I'm just saying average, but

18            it's primarily about the work, the ability, the

19            equipment, the machinery and the knowledge to

20            put 10-, 15-ton antennas 2,000 feet up in the

21            air and having the rigging to do it.

22                    There's literally less than five

23            companies in the United States qualified to do

24            up to 2,000-foot towers and mine is one of them.

25            Mine is known better than any other company and
```

1          there's about 900 stations that have to be done

2          in the next four to five years.  There will be

3          extensions.  There are mid-size projects and

4          smaller projects like mountaintop projects,

5          stuff where other crews -- some other crews can

6          do it.

7                    Even by the government's own

8          publications, they list only 18 crews total for

9          small, medium and large projects that are

10         qualified to do this work.  You don't learn it

11         in the book.  You can't teach it overnight.

12         Either you've got the experience and background

13         because, again, a lot of structures we deal

14         with, those antennas and towers, sometimes one

15         project is -- a tower and antenna and line may

16         be 6, $7 million dollars and so they're not

17         going to trust inexperienced people with that

18         type of investment, not to mention the safety

19         involved.

20    Q    You said that H.C. Jeffries was looking into

21         building other types of towers.  What other

22         types of towers is H.C. Jeffries looking into?

23    A    What I said a while ago when I said I was

24         looking at diversifying the towers and it was --

25         and that was in the -- one area, for example,

1          was the pipeline industry.  All the pipelines,

2          which there's thousands and thousands of miles

3          all over, the major pipeline owners will be the

4          oil companies, the chemical companies and so

5          forth.  They have towers and they're usually

6          280- to 350-foot towers to put their microwave

7          antennas on that they link from tower to tower.

8          They'll be about 30 miles apart and they'll go

9          the length of a pipeline all the way across the

10         United States.  So it's a significant amount of

11         work.

12              By doing that, picked up a new

13         customer that also I do -- Ford does a lot of

14         work for this particular chemical company, but

15         by us soliciting work for them, they gave us 22

16         towers to annually inspect and replace as

17         necessary.  We've already replaced I think four

18         or five of them and we do annual inspections and

19         so far in the last three years, we've done just

20         regarding those towers maybe at least one-half

21         to $2 million range for that one customer.  So

22         those types of other customers that we have been

23         trying to chase that we normally wouldn't have

24         chased.

25    Q    Well, correct me if this is wrong, but sounds

Herbert C. Jeffries

```
 1              like the last two to three years, business has

 2              been pretty good for H.C. Jeffries; is that

 3              correct?

 4    A    Well, the broadcast stuff hasn't taken off until

 5              literally not even the first part of this year.

 6              It's been good since we filed bankruptcy which

 7              has been -- I again need to check the record,

 8              but I think it's been 11 months.  The first few

 9              months was still kind of slow, but we had

10              contracts building and in place for this

11              onslaught of work the next few years.  So the

12              last few months have really taken off and

13              therefore, this year, calendar year we're going

14              to have our best year we've ever had since being

15              in business --

16    Q    All right.

17    A    -- on Tower Company.

18    Q    For calendar year 2018?

19    A    Yes, sir.

20    Q    You said a couple of times -- I don't know if

21              you said in court, but you've said it to me and

22              Mr. Ruzinsky outside the hall.  You've talked

23              about the work being seasonal.  You've talked

24              about December and January slowing down.  Is my

25              understanding on that correct?
```

Herbert C. Jeffries

23

| | | |
|---|---|---|
| 1 | A | That was referring to the Ford Steel side. |
| 2 | Q | Ford Steel.  Okay. |
| 3 | A | Yes. |
| 4 | Q | Let's talk about that in a second then. |
| 5 | | Have your expenses changed |
| 6 | | significantly from before bankruptcy to after |
| 7 | | bankruptcy? |
| 8 | A | Like are you referring to like cost of doing -- |
| 9 | Q | And let me ask you -- stop because that was a |
| 10 | | really bad question. |
| 11 | | The expenses for H.C. Jeffries, have |
| 12 | | those changed significantly since filing |
| 13 | | bankruptcy? |
| 14 | A | Well, without the feel of the market, it's |
| 15 | | difficult to say, but I can say we're a lot |
| 16 | | busier, therefore, we've had to add some |
| 17 | | additional help, you know, so proportionately |
| 18 | | things have gone up, if that's the right word |
| 19 | | because we're busier, so there's more material |
| 20 | | and more travel and this and that.  So in that |
| 21 | | way it's changed, but that's in a good way it's |
| 22 | | changed. |
| 23 | Q | It sounds from what you have been saying that |
| 24 | | labor is the biggest expense for H.C. Jeffries; |
| 25 | | is that right? |

Herbert C. Jeffries

```
 1    A     That would be correct, yes.

 2    Q     Who is responsible for making sure payroll is

 3          done within H.C. Jeffries?

 4    A     Well, the ultimate -- what do you mean being

 5          done?

 6    Q     Who is making sure that -- who is responsible

 7          for making sure employees get paid?

 8    A     Well, it's a group of people.

 9    Q     Who?

10    A     That would be Mary oversees that ensuring that

11          everyone is taken care of and everybody is paid

12          and per diems are met and so forth.  She has a

13          bookkeeping assistant assist her.

14    Q     Who is that?

15    A     Her name is -- her name is Sara.

16    Q     What is Sara's last name?

17    A     It's Chinese and I can't remember how to -- I

18          think it's Wang, but I'm not 100 percent.

19    Q     Okay.

20    A     I don't remember because all I've ever called

21          her is Sara.  She's been with us, you know,

22          maybe a year or so -- no, a little over a year,

23          maybe a year and a half, something like that.

24          But she just does what Mary instructs her to do.

25    Q     Okay.
```

Herbert C. Jeffries

```
 1    A    And then I sign all the checks.

 2    Q    Does anyone else have the authority to sign

 3         checks?

 4    A    No, just me.

 5    Q    Do you look at any explanations of check amounts

 6         before you sign the checks?

 7    A    Sometimes if I think it needs looking at.

 8    Q    Okay.  Like what kind of thing would you want

 9         more information about?

10    A    I don't know.  I mean, there's so many checks

11         being processed.  I mean, I -- if it's a normal

12         payroll check -- I mean, like what Sara does, if

13         she can -- she checks their timesheets against,

14         you know, the job specific to where they were

15         applying those hours and she'll compare them to

16         other employees on the same job that should have

17         about the same hours.  So if there's a question

18         like why does this one have so many hours,

19         that's where I would get involved, something

20         like that.  That's just an example.

21    Q    Okay.

22    A    And then I would either go well, I need to

23         contact him to see, it should have been the same

24         or I had this guy drive to the next city to pick

25         up some tools and come back, you know, so that's
```

```
 1              how I would get involved with overseeing it.

 2    Q    Who is responsible for making sure tax

 3         withholdings are made on employee wages?

 4    A    Who's responsible for making sure the

 5         withholding is done?

 6    Q    Yes.

 7    A    That would be Mary, my wife.

 8    Q    Do you know why -- well, I guess let me ask

 9         another question.  Do you know whether she has

10         withheld taxes from employee payroll?

11    A    If she's withheld taxes, I mean, she -- she does

12         all of the reports and everything and all the

13         filings of the reports and like now since, you

14         know, for -- I mean, every week we report it and

15         send the payments in weekly since filing.  Never

16         missed a beat.

17    Q    Why did H.C. Jeffries not do that before filing

18         bankruptcy?

19    A    We did sometimes, often.  I know that often we

20         got behind on certain things.  It was -- and in

21         those cases, it's always been the intention to

22         make them -- to pay them at a certain timeline

23         whether it be quarterly or whatever.  Sometimes

24         certain things maybe wouldn't come through, a

25         variety of reasons, payments, and therefore,
```

```
 1            they got delayed.  And we would meet with our
 2            IRS representative and have meetings from time
 3            to time, say this is what we're in and they
 4            recommend okay, this is what you need to do,
 5            let's work on this and that's how we would move
 6            forward.
 7    Q       This company has been around since 1979, right?
 8    A       Yes.
 9    Q       And it's presumably made payroll tax payments
10            for most of its history, right?
11    A       Well, before we didn't -- have the right word --
12            up until a certain date until the -- I think it
13            was in -- I'm not sure of the date, late '90s,
14            early 2000, 2001, everything was contract labor
15            before that and so we didn't move to assist them
16            where we were taking taxes out until a certain
17            date.  And I don't recall exactly what the date
18            was, but that's approximately when it was.
19    Q       Whenever that change happened from contract
20            labor to employees being paid wages -- and it
21            looks from the records I have like employment
22            taxes were taken out; is that your
23            understanding?
24    A       They taken out and paid and we got -- we -- I
25            don't know what timeframes or whatever, but yes,
```

1        taxes were paid and we had some times when

2        circumstances beyond our control didn't allow us

3        to pay and then we would resume paying or pay

4        again, and so...

5   Q    What kind of circumstances?

6   A    I don't know.  That -- I'm going to have to look

7        back.  You're talking years and years and years

8        ago throughout a long time and I mean, we might

9        have a hiccup here and there so I don't even

10       remember dates or anything like that.  It's

11       just...

12  Q    I'm not asking dates.  I'm just asking generally

13       what kind of hiccups would you have?

14  A    I don't know.  Again, I don't know.  Like I

15       said, I'm in the field, in the office sometime

16       and -- but you're talking thousands and

17       thousands of business items I've dealt with for

18       many years in these two companies.  I can't

19       remember every deal.  It's just not even

20       possible.

21  Q    I mean, clearly you know the tower industry.  I

22       mean, you're not going to disagree with me on

23       that, right?

24  A    No, I know the tower industry.

25  Q    I mean, you said you're one of five companies --

Herbert C. Jeffries

29

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | -- that can do this type of work.  You have been |
| 3 | | doing it for longer than I have been alive. |
| 4 | A | Yeah. |
| 5 | Q | You know your profit margin on every job, you |
| 6 | | know, is between 28 and 40 percent, right? |
| 7 | A | Currently. |
| 8 | Q | Currently but you know that information? |
| 9 | A | That's now, yeah. |
| 10 | Q | You know not only how to put this tower up but |
| 11 | | you know that you can go to other industries and |
| 12 | | say I've got the skill set, let me apply it to |
| 13 | | your industry, right? |
| 14 | A | I know it now.  I know more about -- |
| 15 | | particularly through this process I have been |
| 16 | | going through, I've learned more about the |
| 17 | | financial stuff because I need to know more |
| 18 | | about it. |
| 19 | Q | Okay.  Well, in learning more about the |
| 20 | | financial issues for this process, have you |
| 21 | | talked to Mr. McElroy about what the problems |
| 22 | | were that got you into this? |
| 23 | A | We've talked about resolutions of problems. |
| 24 | Q | All right.  Have you ever talked about the |
| 25 | | problems that caused this? |

Herbert C. Jeffries

| | | |
|---|---|---|
| 1 | A | Perhaps.  I don't recall.  I don't know. |
| 2 | | Obviously every time there's a problem, you try |
| 3 | | to figure out what the problem was and how do we |
| 4 | | solve it.  So I'm sure we've discussed things, |
| 5 | | but any one specific, any one thing, I don't |
| 6 | | know. |
| 7 | Q | What kind of -- you said you talked about |
| 8 | | resolutions of problems.  What kind of |
| 9 | | resolutions have you talked about? |
| 10 | A | Well, I don't know.  I'm just talking about |
| 11 | | problems in general.  You know, we discuss what |
| 12 | | do we need to do to resolve this particular |
| 13 | | problem.  As I said, more so lately than ever. |
| 14 | Q | Have you talked about what to do regarding the |
| 15 | | tax problem? |
| 16 | A | This current problem?  Absolutely we talked |
| 17 | | about that extensively. |
| 18 | Q | Has Mr. McElroy talked to you about what caused |
| 19 | | the tax problem? |
| 20 | A | No, we've focused on what we need to do to solve |
| 21 | | the problem. |
| 22 | Q | This is your company that you own all of, right? |
| 23 | A | Yes, it is. |
| 24 | Q | So for H.C. Jeffries, you've never asked |
| 25 | | Mr. McElroy or anyone else what caused this |

Herbert C. Jeffries

```
 1           problem?

 2    A      Again, that's a combination of things, economy,

 3           that's my thoughts.  I've never really sat down

 4           and just discussed that.  It's, like I said,

 5           solve the problems.  It's a variety of things as

 6           many companies suffered through the years,

 7           differences.  A lot of the companies haven't

 8           made it or still haven't paid it, and I've got

 9           the ability to pay this now that we're lined up

10           to do it and we're taking care of things.

11    Q      If you were going to average your -- and let me

12           start over because that was a bad start.

13                  For H.C. Jeffries if you were going to

14           average its net monthly income, what do you

15           think the average is?

16    A      Only because I've looked at this the last couple

17           of days, prepared this meeting, I think

18           currently and, again, I would have to defer to

19           Mark to confirm this, but -- I won't speculate.

20           I'm not 100 percent sure.  I would have to ask

21           him.

22    Q      What is your belief as to what it is?

23    A      For Tower currently -- I don't want to guess.

24           It's too important, so...

25    Q      I'm not asking you to guess.  I'm asking you to
```

```
 1              give me what your understanding is.

 2      A       Well, that would be a guess.

 3      Q       Well, tell me what your guess is based on your

 4              understanding.

 5      A       I don't want to guess.

 6      Q       Okay.  I don't want to make this contentious --

 7      A       I don't either.

 8      Q       -- and I'm only asking what your understanding

 9              is because we're going to go to a hearing and if

10              your understanding is wrong, your attorney is

11              going to have a chance to say, you know what,

12              Mr. Jeffries doesn't know what he's talking

13              about, Mr. McElroy has all the brains.  But I'm

14              asking your understanding just to see what you

15              think about the business.

16      A       I'm not going to guess.

17      Q       Okay.  We can raise this with the Court later,

18              but I'm going to move on for now.

19      A       We tried to bring him in to show you the facts

20              and you wouldn't allow him in, so...

21      Q       I'm trying to figure out what your knowledge is.

22      A       The facts are on paper.  That's -- you know, why

23              should I guess when it's right there in the room

24              on paper to show you in two seconds, so...

25      Q       What paper would I look at to figure out that
```

1              information?

2    A    The papers that Mark McElroy brought to show

3         you.

4    Q    What papers did he bring?

5    A    Quite a few.

6    Q    Why don't we take a break and you can grab

7         Mr. McElroy's papers and bring them in; does

8         that sound fair?

9    A    I need Mr. McElroy to present those to you

10        because, again, I build towers and he talks

11        numbers.

12   Q    Okay.

13              MR. KINCHELOE:  Well, do you want

14        Mr. McElroy's papers as exhibits for today?

15              MS. KOENIG:  Not if Mr. Jeffries can't

16        testify to them.

17              MR. KINCHELOE:  Okay.

18   Q    (BY MR. KINCHELOE)  All right.  Well, then

19        you're telling me that you're not willing to

20        answer a question about your understanding about

21        the net income of H.C. Jeffries; is that

22        correct?

23              MS. KOENIG:  I'm going to object this

24        time.  It's been asked multiple times and the

25        documents are the monthly operating reports that

 1          will show you exactly what the average monthly

 2          income is.

 3                    MR. KINCHELOE:  Okay.

 4     Q    (BY MR. KINCHELOE)  Mr. Jeffries, is your

 5          attorney's statement correct?

 6     A    Yes.

 7     Q    Okay.  I'll move on then.

 8                    (Exhibit No. 1 marked.)

 9     Q    (BY MR. KINCHELOE)  All right.  I'm going to

10          mark this document as Exhibit 1.  It's your

11          schedule statement of financial affairs for H.C.

12          Jeffries Tower Company and I'll hand you the one

13          I've marked, so try to be careful with it.  It's

14          going with the court reporter for when she

15          leaves and I'll hand a copy to your attorney.

16          It's the same document that's been filed.

17                    MR. KINCHELOE:  Sir, do you need

18          another one?

19                    MR. WUEST:  Sure.  Thank you.

20     Q    (BY MR. KINCHELOE)  At the very top of the

21          document you see where it has page numbers and

22          it says page whatever of 46?

23     A    Uh-huh, yes.

24     Q    Okay.  All right.  I want you to turn to

25          Page 31.  Do you have Page 31 front of you?

Herbert C. Jeffries                                                    35

```
 1              Yeah, I think it's going to be that one.

 2    A    Yeah, there it is.

 3    Q    Do you see at the very bottom of that page it

 4         lists Tower Aviation Management?

 5    A    Yes.

 6    Q    What is Tower Aviation Management?

 7    A    It was a charter company that I owned --

 8    Q    Okay.

 9    A    -- and sold and all the proceeds went to pay IRS

10         debt that it had.

11    Q    You sold the business itself; you sold Tower

12         Aviation Management?

13    A    I sold the company, the charter company, the

14         certificate and the airplanes.

15    Q    Okay.  How many airplanes did it have?

16    A    Two.

17    Q    What kind of airplanes?

18    A    King Airs.

19    Q    And you sold both of them?

20    A    Yes, I sold both of them.

21    Q    Who did you sell them to?

22    A    Sold one with the charter and the other sold to

23         a scrap company which they literally took it

24         apart and broke it apart to sell for parts and

25         that was it.
```



 1    Q    Did you transfer the second airplane to yourself

 2         before you sent it to the scrap company?

 3    A    I had to separate it for -- because if it hadn't

 4         have been separated, then the owners would have

 5         got it and the title company, it was something

 6         they required because the new owners of the

 7         charter company and the airplane the way it was

 8         written, Tower Aviation since they're buying the

 9         company was still the owner of the aircraft and

10         they had to separate it.  Otherwise, they would

11         have had title to it when it closed.  So it had

12         to be separated from them since they didn't own

13         it or want responsibility or liability of it, so

14         it had to be transferred to my name in order to

15         sell it.

16    Q    When did you sell Tower Aviation Management?

17    A    I think it was officially December, I think.

18    Q    December of 2017?

19    A    Yes, sir.

20    Q    Who owns it now?

21    A    I think it was.  I don't -- I don't -- a

22         partnership owns it and I'm not -- I don't

23         remember who all the partnership -- there's two

24         primaries and they're based out of Florida.

25    Q    Do you know who those partners are?

Herbert C. Jeffries

```
 1    A     Yes, I do know who they are.  One is David
 2          Garcia and I'm just trying to remember how
 3          they -- because they had other companies and I
 4          don't remember how it was structured, I mean,
 5          who was the owner.  But the partner that owns
 6          the company that bought it or whether he
 7          individually did it, I can't remember without
 8          going back through all of that, but David Garcia
 9          was one and --
10    Q     How do you know Mr. Garcia?
11    A     Only through -- because I hired a broker to help
12          me sell the company and he brought them forward.
13    Q     Okay.  To --
14    A     And that was Garcia.  And the other gentleman
15          was from Mexico and they own an aviation company
16          in Mexico and his name was -- thought I could
17          remember his name, but honestly it escapes me
18          right now.
19    Q     Why was H.C. Jeffries making all these transfers
20          that are in Exhibit 1 to Tower Aviation
21          Management?
22    A     It was trying to help the company.
23    Q     It was trying to help Tower Aviation?
24    A     Until it could start generating more income.
25          There was times when Tower Aviation did generate
```

Herbert C. Jeffries                                                    38

```
1              good income and it was -- it was funds that --

2              Tower would provide funds to Tower Company as

3              well -- Tower Aviation would provide funds to

4              H.C. Jeffries Tower Company as well.  But H.C.

5              Jeffries Tower Company provided more to it than

6              it generated and paid back.  We -- would you

7              like me to offer a little more clarity on that?

8      Q       Sure.

9      A       It was purchased -- the first plane was

10             purchased for business reasons because when

11             the -- there was a pretty big boom in the tower

12             industry in the mid and early to mid 2000s.  We

13             were doing a lot of work nationwide.  In order

14             to do this work for these publicly traded

15             companies that were working us coast to coast,

16             we were chartering a lot of aircraft for a

17             period of about two, two and a half years.  So a

18             lot of work was booked and changes and new

19             growth for these particular companies.

20                     So I decided to acquire an aircraft

21             for the company use.  For the record, I'm not a

22             pilot.  I never wanted to be a pilot.  It's not

23             a hobby.  I've gone a year and not even been on

24             the plane.  So it was for business reasons

25             strictly.  And we put it on a 135 certificate in
```

Herbert C. Jeffries

39

1      Austin to supplement its expense and it was a

2      70/30 split.

3              So the corporate, our company use

4      after we got it and got it on there started to

5      diminish when we got towards -- particularly

6      when you got up to where the economy tanked that

7      we talked about earlier.  The stock of one of

8      the big public trading companies I was working

9      with went from 30 bucks down to $0.80 and so

10     things changed a lot with what -- the project

11     development stuff, a lot changed.

12             So we ran another charter certificate

13     in Austin and developed a clientele and then we

14     decided to go for our own charter certificate

15     because we was a 70/30 split and wanted to

16     continue to make it into a business, a better

17     business, one that would make more profit and we

18     saw the need.  We started -- we got the 135.

19     That turned out to be a two-year process.

20             It was very expensive, but we

21     developed a good clientele with some -- a lot of

22     politicians, celebrities and government

23     officials and US senators.  And we have a

24     good -- had a good customer base and we were

25     growing and making money.  So the point is it

```
 1            wasn't a hobby.  There was a need.  And then

 2            things changed and...

 3    Q    When did H.C. Jeffries stop chartering planes

 4            from Tower Aviation Management?

 5    A    When did it stop chartering from the company?

 6    Q    Correct.

 7    A    I don't know.  I would have to look back and see

 8            what those dates are.  Actually I --

 9    Q    More than a year ago?

10    A    Oh, yeah, it hasn't chartered anything in a

11            year.

12    Q    More than two years ago?

13    A    Possibly, but I'm not sure.

14    Q    Okay.  So these payments to Tower Aviation

15            Management, H.C. Jeffries didn't really get

16            anything out of them, right?

17    A    It didn't get anything back from them, no.  I

18            mean, there were monies back and forth which is

19            some of the documentation Mark brought to show

20            you because it was outlined what the questions

21            were to be, but -- but Tower Company didn't get

22            paid back all of it.  They got paid back some

23            through the years, but definitely there's still

24            a debt owed to Tower Aviation to that.  But

25            it's -- the company's, you know, gone and
```

Herbert C. Jeffries

41

```
 1              dissolved and -- not dissolved, but sold and

 2              so...

 3     Q    Now, you filed separate plans for H.C. Jeffries

 4              and Ford Steel, right?

 5     A    Filed separate plans?

 6     Q    Correct.  If you don't know the answer, you can

 7              tell me you don't know.

 8     A    I -- I'm trying to process what you mean by

 9              that, but...

10              MR. WUEST:  If you don't understand

11              the question --

12     A    Yeah, I don't understand the question.  You mean

13              separate workout plans --

14     Q    (BY MR. KINCHELOE)  Yes.

15     A    -- yeah, that we've filed?

16     Q    Yes.

17     A    Well, we filed combined, both companies in the

18              court.  The workout plans I believe are

19              separate, but I'm not 100 percent sure.

20     Q    Well, the plan for Ford Steel is to try to sell

21              some real property, correct?

22     A    Try to refinance some real property.  And yes,

23              in that respect we did -- we are filing separate

24              plans.  I believe that's correct, yes.

25     Q    Okay.  Well, let me understand this.  Ford
```

Herbert C. Jeffries                                    42

```
 1              Steel, the -- I say the plan, the strategy to

 2              reorganize is to spend the next 11 or 12

 3              months -- I understood it to either sell or

 4              refinance.  Are you saying that that's

 5              incorrect?

 6    A    Well, it was to sell or refinance, that's

 7              correct.

 8    Q    Okay.

 9    A    We have spoken with people about that and we do

10              have two proposals from two different groups

11              currently and so we've made a lot of progress.

12    Q    Who are these groups?

13    A    I'm not sure that I can say that but just

14              because I'm not sure.  You know, so I'll need to

15              talk with my attorney about what I can and can't

16              say.

17    Q    Let's take a break.  I want you to talk to your

18              attorney because I don't want you to violate any

19              confidentiality agreements and if we need to do

20              some sort of protective order, we cn talk about

21              that.  But at the same time if you've got

22              proposals, I certainly would like to know about

23              them and I'm guessing Mr. Ruzinsky would, too.

24                   MR. RUZINSKY:  I would, too.

25                   MR. KINCHELOE:  All right.  We'll go
```

Herbert C. Jeffries                                    43

```
 1              off the record.

 2                   (A recess was taken.)

 3     Q    (BY MR. KINCHELOE)  All right.  Mr. Jeffries,

 4          let's talk about the proposals you've received.

 5     A    Okay.

 6     Q    We'll talk in general terms first and then we'll

 7          talk more specifically.  At that point your

 8          attorney may raise some issues and we'll deal

 9          with it as they come up.  You said you've got

10          two proposals right now; is that correct?

11     A    That's correct.

12     Q    Are they written or oral proposals?

13     A    Written.

14     Q    Okay.  Has the other party signed the proposal?

15     A    Yes, they're signed proposals, to my knowledge.

16          They made a presentation and signed it and sent

17          it, yeah.

18     Q    Has anyone deposited any earnest money anywhere?

19     A    No, no.  They're just proposals so far.

20     Q    Generally speaking, what would the proposal be?

21     A    The initial proposal on one of them was based on

22          50 percent property value.  They offered 4

23          million on the property and they also don't

24          usually do equipment, but they offered a million

25          on the equipment.  And that was -- I may be a
```

```
 1              little off on this, but it's amortized over --

 2              it was either 20 or 30 years.

 3       Q     I'm sorry.  Amortized -- let me back up because

 4              I think we're probably speaking too generally

 5              for me to understand.  Are you saying this

 6              proposal would be to loan?

 7       A     Yes.

 8       Q     Okay.  So somebody would loan about

 9              $5 million --

10       A     Yes.

11       Q     -- to H.C. Jeffries?

12       A     It was actually to Ford Steel.

13       Q     Okay.

14       A     This is -- so that's what I'm -- so we're not

15              ready to do Ford Steel yet or...

16       Q     Let's be clear because I -- let's talk about

17              H.C. Jeffries and then we'll switch to Ford

18              Steel.

19       A     Okay.

20       Q     Have there been any proposals from anyone

21              looking to buy H.C. Jeffries?

22       A     No.

23       Q     Okay.

24       A     None.

25       Q     And so we're clear, this is for a loan to be
```

Herbert C. Jeffries
45

1          made to Ford Steel?

2     A    H.C. Jeffries is going to have no problem paying

3          its debt.

4     Q    Okay.  But this is a loan we're talking about to

5          Ford Steel?

6     A    Yeah, this was the Ford Steel.  I'm sorry if I

7          got that confused.

8     Q    No, that's okay.  That's why I said at the

9          beginning if you didn't understand something to

10         ask me, so we're all doing what we're supposed

11         to do.

12              So Ford Steel, the proposal is to loan

13         $5 million and to repay it over you said 20 to

14         30 years.

15    A    Yeah, it's amortized and I think combined --

16         again, I don't have it in front of me.  I don't

17         have -- Mark has all that but our -- the

18         property payment was 40-something a month and

19         the -- the equipment -- and their proposal is

20         like 20, but we're going out to other people for

21         equipment because we know the equipment's going

22         to appraise -- we're still waiting on the

23         appraisal to come in.  We have the old

24         appraisal.  We know the equipment's going to

25         appraise for over 3 million and we're looking

1           for a higher amount.

2                    And we have meetings on Monday with

3           this group.  I guess Monday, they're coming.

4           They have been in the plant before.  They've

5           thoroughly researched everything and it's been

6           going on a while, months, and they're --

7           initially said they would do 50 to -- yeah, 50

8           to 60 percent loan to equity value and so this

9           is their initial proposal and we're set to meet

10          and renegotiate the -- said give us your

11          counter, we're ready to negotiate, so anyway.

12   Q     What would those loan proceeds be used for?

13   A     Well, first of all, that's company one and we

14          have a second company, similar proposal.  I

15          don't remember the details on it.  Both are

16          willing to negotiate higher.  We already know

17          we're going to get higher than that.  We're

18          confident and our goal is to get to six.

19                   And the funds will be used to pay off

20          Bank & Trust entirely, the county taxes I

21          believe it is entirely, Equitable entirely, and

22          then pay whatever was left over and I think it's

23          like two and a half million to Internal Revenue

24          and the -- and then with our backlog, our work

25          what we have coming sustaining the payments, we

Herbert C. Jeffries

47

```
 1              have no problem meeting the balance of the -- of

 2              the IRS note.  And it's our intention to borrow

 3              enough from other areas or come up with enough

 4              to take IRS out early on the Ford Steel side.

 5              That's our intention.

 6                    We -- but we have a good plan.  We

 7              have a lot of backlog work contracts and real

 8              good proposals in place to support it.  And

 9              while we've asked for a year in our plan to

10              accomplish that, if we choose to go after next

11              week's negotiations with either one of these

12              companies, one in particular, either one of

13              them, we could close they said in 90 days.  We

14              want to leave the protection to go longer, you

15              know, because we know how things go.  It could

16              take four months, but certainly it's in our

17              interest as well as everybody else's for us to

18              do this immediately.

19                    And so that's our goal.  We know we

20              can get there because we're very close.  So any

21              further details would have to come from the

22              documents and Mark can answer more in-depth

23              questions at such a time you might be

24              interested.

25    Q    Have you thought of what your monthly payment
```

Herbert C. Jeffries                                                48

```
 1            would be if you borrowed $5 million over 20 to

 2            30 years?

 3       A    Yeah, I have.  There's a balloon on this and

 4            currently the proposed balloon was three years.

 5            They're flexible, three to five years.  Anyway,

 6            the -- our plan is to -- well, we're at great

 7            reductions at the time we get to that point.

 8       Q    Reductions in what?

 9       A    In what's owed.  And this plan is going to be

10            beyond -- while we may have other creditors to

11            pay in the final year, this plan and, you know,

12            if I'm off a year or two or anything like that,

13            but this plan would -- of course, immediately

14            Equitable is taken out and the others and this

15            plan would take us beyond what the IRS gets paid

16            out to.  So the balloon -- I mean, I'm sorry, I

17            said that wrong.  But the balloon payments after

18            IRS is taken out.

19       Q    Do you know how -- the dollar amount of the

20            monthly payment between the time it closes and

21            the time of the balloon?

22       A    Well, until we finish structuring the deal, no.

23            The proposed amount to the first company that's

24            made the proposal, the real estate is

25            40-something thousand.  I don't remember -- I
```

Herbert C. Jeffries

49

```
1            know it was in the 40s.

2    Q      Per month?

3    A      Yes, sir.

4    Q      Okay.

5    A      And the -- I don't remember the -- their

6            proposal on the million on the equipment because

7            it wasn't structured the same.  It wasn't the

8            same length of time, amortized all that.  I

9            don't remember how it was.  I just remember that

10           it was about a $20,000 payment if we went with

11           them.

12                   We have other sources we were looking

13           at to go with the equipment.  There's a third

14           company that we've dealt with a long time.

15           Matter of fact, they're the ones that brought

16           these two companies in and we -- they do

17           equipment financing.  We know we can get more

18           for the equipment just from conversation with

19           other companies and the amount of equipment we

20           got and the condition it's in.  So how those

21           terms will be or how long-term, I don't know

22           yet.  This is just the initial proposal from

23           these people.

24   Q      Have you hired a broker to help you with this

25           refinancing of Ford Steel?
```

Herbert C. Jeffries

50

```
 1   A     We have -- we're dealing with a broker.  I

 2         didn't say we've hired any brokers, but we're

 3         dealing with brokers.

 4   Q     Dealing with brokers that represent you?

 5   A     Well, these are mortgage brokers, these guys

 6         are, is what they are.  And so we haven't hired

 7         anybody, paid cash to a broker to represent us.

 8         Not that we wouldn't but we wanted to explore

 9         different options before we did that because we

10         also consulted with a real estate broker.  He

11         wanted a contract.  I said well, we're not sure

12         which way we're going to go yet, so he has yet

13         to produce anything of interest.

14   Q     Well, let's talk about the schedules you filed

15         for Ford Steel.  I'll mark this as Exhibit 2.

16               (Exhibit No. 2 marked.)

17   Q     (BY MR. KINCHELOE)  And if you'll hand your

18         document to the court reporter so she can take

19         that home with her.  And page numbers are at the

20         top.  Let's go to Page 18 of 60.  You've

21         scheduled the value of this real property at

22         24800 Ford Road at about 7 and a half million,

23         right?

24   A     Yeah, that's right.

25   Q     Now, you -- I guess Ford Steel bought this
```

Herbert C. Jeffries

```
 1            property in 2009?

 2   A    Yeah.

 3   Q    How much did Ford Steel pay for the property in

 4        2009?

 5   A    I think it was actually in -- well, what year

 6        was that we bought that?  It was '06 or '07.

 7   Q    Okay.  How much did it pay when it bought it?

 8   A    I think it was -- I think it was closer to a

 9        million and a half I think, but I'm not

10        100 percent sure.  Been a long time ago but

11        we've financed that and the group we financed

12        with -- because we did an expansion and that was

13        combined so -- and I don't remember if some of

14        that was included or not.  So honestly -- but my

15        mind settles around a million and a half that we

16        acquired.

17              And that amount, the 7.5 was based on

18        pretty sure our last appraisal and now the new

19        appraisal has come in which is the numbers I

20        talked about earlier.

21   Q    Okay.  How much is the new appraisal of the

22        property at?

23   A    It's a little over 8 million.

24   Q    8 million?

25   A    Yes, sir.  It was 8,050,000 or, you know, just
```

Herbert C. Jeffries

52

1            barely over.

2    Q      Now, a second ago we talked about the average

3           income of H.C. Jeffries, remember?

4    A      Yes.

5    Q      And you said you didn't want to guess and your

6           attorney said that the monthly operating reports

7           showed pretty much the average for H.C.

8           Jeffries.  And you said you agreed with that.

9                   Is the same also true for Ford Steel?

10          And let me just so we're clear on the

11          transcript, do the monthly operating reports for

12          Ford Steel pretty much show the average income

13          that we can expect for Ford Steel?

14   A      I don't think so.  I think you would need to

15          look at the current ones.

16   Q      The current what?

17   A      The documents, as I said, that we had prepared

18          to show you today.

19   Q      What kind of documents?

20                  MS. KOENIG:  Here.  That's Ford,

21          right?

22                  THE WITNESS:  That's our backlog,

23          yeah.

24                  MS. KOENIG:  That's Ford?  Okay.

25          These are.

Herbert C. Jeffries 53

```
 1              MR. RUZINSKY:  Thank you.  Go ahead
 2         and mark them.
 3              MR. KINCHELOE:  I'll mark this as
 4         Exhibit 3.
 5    Q    (BY MR. KINCHELOE)  Mr. Jeffries, will you hand
 6         me your copy?  The one you looked at needs to be
 7         the one that's marked.
 8    A    Okay.
 9              (Exhibit No. 3 marked.)
10    Q    (BY MR. KINCHELOE)  Okay.  I'm handing this back
11         to you.  Okay.  So what does Exhibit 3 show us?
12    A    It shows you the current backlog of work that's
13         in progress that's -- it's been released for
14         fabrication for the most part, almost
15         everything.
16    Q    About in the middle it says "Freight-HCJ."
17         What's that?
18    A    Tower Company -- H.C. Jeffries Tower Company
19         owns the semi trucks which is three of them and
20         the hotshot rigs which there's three of those
21         that we use to transport, and we have the DOT
22         authority United States wide if the sticker --
23         everything.
24              So when Ford Steel bids a job, most
25         jobs they put in the bid, they'll either go to
```

1              us to price the freight if there's like ten

2              loads, 40,000-pound loads to a job, whatever,

3              they get the freight priced from us or if we're

4              not available or if it's a special deal wide

5              load, whatever the case, bigger than we want to

6              haul, then they'll go to another freight

7              company.  But usually because we are the

8              authority on that -- I mean, we'll go to another

9              freighting company.  We'll sub it out if we have

10             to, but 99.9 percent we haul with our own

11             trucks.

12                    So they get a quote from us and they

13             put it in the bid and it's billed to the

14             customer and then when Ford gets paid, then they

15             pay Tower Company for the freight.

16    Q    So this is just work -- this is outstanding work

17         orders, right?

18    A    Yes, that's current work in the plant in

19         progress right now and it identifies the various

20         stages that it's in.

21    Q    This doesn't show expenses on it, though, does

22         it?

23    A    No, that's just our production sheet is what

24         that is.

25    Q    All right.  How does -- how do the monthly

Herbert C. Jeffries

```
 1              operating reports for Ford Steel and the income

 2              and expenses reflected on them compare to what

 3              we should expect from Ford Steel going forward?

 4    A         The current ones -- you mean compared to what --

 5              are very good indicators of what you'll expect

 6              going forward.

 7    Q         Okay.  You said that the work for Ford Steel was

 8              seasonal?

 9    A         What was said was seasonal -- we were talking

10              specifically around January, February, end of

11              December, January, February to fabrication as a

12              whole because a lot of it's timed around -- the

13              fabricators in Houston are timed around --

14              you've heard the term "shutdowns" in refineries.

15              We fabricate a lot for refineries, a lot.  And

16              so when -- when they -- we're talking about the

17              term turnarounds -- I'm not sure I said that,

18              but the term turnaround is what I meant.

19                   And when they do a turnaround, they

20              shut down production and it's a mad pace to get

21              a lot of stuff built and shipped and you're

22              feeding steel to crews and stuff like that.

23              Turnaround season ends and right by the end of

24              the year usually and then so you got a few

25              months while they're regrouping and figuring out
```

Herbert C. Jeffries

56

1          what's in their budgets, just tick off the next

2          project.  So there's sometimes a delay before

3          they get rolling on the first of the year

4          schedule projects, so that's that dead time

5          we're referring to.

6                    With our backlog we've gained a lot of

7          new customers.  We've worked hard to get a new

8          customer base and expanded Ford Steel a lot.

9          That's how I battle, you know, the hard times is

10         diversifying, chasing, getting new clients, so

11         forth.  We've been real successful in that in

12         the last few years, but it's starting -- a lot

13         of those projects are long-term plan.  A lot of

14         them are starting to come through.

15                   With the backlog Tower Company has

16         which on average is maybe 10 percent steel for

17         Ford, those projects are going forward at a

18         rapid pace in the next four years.  So that --

19         that period we're talking about where things

20         slowed down, now we've already got work booked

21         to fill that period and those projects are going

22         to fill it and we see that being the next four

23         years.  So the normal past delays we've had due

24         to the petro-chem industry and the turnarounds,

25         we have documented projects that are going to

| | | |
|---|---|---|
| 1 | | fill that space.  That's not going to be a |
| 2 | | problem. |
| 3 | Q | What type of projects? |
| 4 | A | We have -- |
| 5 | | MS. KOENIG:  For Ford or... |
| 6 | Q | (BY MR. KINCHELOE)  For Ford Steel, what type of |
| 7 | | projects? |
| 8 | A | Well, projects from Tower Company. |
| 9 | Q | Okay.  Tower Company is going to give Ford Steel |
| 10 | | projects during that downtime? |
| 11 | A | Yeah. |
| 12 | Q | That's what you're saying? |
| 13 | A | Exactly.  We have enough work -- the Tower |
| 14 | | Company's got that's released.  Our backlog is |
| 15 | | huge on Tower Company and 10 percent of that |
| 16 | | work more or less is steel that Ford will |
| 17 | | fabricate. |
| 18 | Q | Has that been done historically where H.C. |
| 19 | | Jeffries gets their steel fabricated by Ford |
| 20 | | Steel? |
| 21 | A | Yes, but never to this volume because like I |
| 22 | | said, we're in the repack and tower -- |
| 23 | Q | How does the projected volume for that |
| 24 | | intercompany relationship -- and let me phrase |
| 25 | | this better. |

Herbert C. Jeffries

58

```
 1                        How does the volume of what you expect

 2           Ford Steel to fabricate for H.C. Jeffries

 3           compare to the past?

 4      A    It's -- it doesn't and it's off the charts.

 5           It's higher than it's ever been.  Tower

 6           Company's backlog is $16 million right now and

 7           of that, that's in the next three years,

 8           projects awarded, we're in progress on several

 9           of them, many of them.  10 percent of those

10           minimum, minimum is going to do steel in Ford's

11           plant over the next three years.  In addition to

12           other projects that we -- that's just what we

13           have booked now.

14      Q    So let's -- so you're saying 16 million of that

15           10 percent is going to be steel so that's

16           1.6 million --

17      A    That's right.

18      Q    -- spread over three years.  That's going to be

19           about 500, 550,000 per year of steel from Ford

20           Steel?

21      A    In addition to amounts that -- jobs that I don't

22           even have booked yet.  That's what I currently

23           have contracts.

24      Q    You're always going to have jobs you don't have

25           booked, right?  I mean, you're always trying to
```

```
 1              get more business.
 2    A    But more -- more than ever before because --
 3    Q    That's correct, right?
 4    A    -- we have the repack jobs.  In other words, the
 5         repack is going to bring me so much more --
 6    Q    Mr. Jeffries, you've got to listen to what I'm
 7         saying.
 8    A    Yeah.
 9    Q    You're always trying to get more work, right?
10    A    Sure.
11    Q    So we can't predict -- I mean, the best way for
12         us to predict how much work you're going to do
13         in the future is to look at what you've done in
14         the past --
15    A    Yep.
16    Q    -- and talk about how the future may be
17         different from the past, right?
18    A    However you want to spin it.
19    Q    Well, I don't want -- I want to get the
20         information from you.  I want you to tell me
21         what the truth is.
22    A    I'm trying to tell you that.
23    Q    Mr. Jeffries, I'm going to ask questions and I
24         need you to focus on my questions so that we
25         can --
```

Herbert C. Jeffries

60

```
 1    A    I am.

 2    Q    -- get the information out.

 3               For Ford Steel if it's getting about

 4         500 to $550,000 a year in work from H.C.

 5         Jeffries, what is Ford Steel's profit margin on

 6         that work?

 7    A    Again, as I told you earlier, without the

 8         documents and my CFO, that's not my area of

 9         expertise, so...

10    Q    Well, no, that's not what you told me earlier

11         with H.C. Jeffries.  You told me the profit

12         margins were between 28 and 40 percent and you

13         knew that really well because it was your

14         business.

15    A    20 to 40 percent, yeah, I told you that's the

16         approximate margins we make.  That's a wide

17         gap --

18    Q    On the Tower Company, right?

19    A    -- but if you ask me for by the month or

20         specifically for a month or a period, those are

21         the general margins we usually make on tower

22         business.  I did tell you that, but you're

23         asking me what we've actually made.  That's a

24         different story.  You said how much are we going

25         to make this year --
```

Herbert C. Jeffries                                          61

1    Q    No --

2    A    -- Mark has the --

3    Q    -- that's not the question --

4    A    -- actual numbers.  But I'm not going to just

5         blurt out numbers.

6    Q    Mr. Jeffries, I'm asking what is your average

7         profit margin for Ford Steel on a given project?

8    A    That's a Mark question.  I don't know that

9         answer.

10   Q    All right.  Let's go to Page 45 on Exhibit 2 and

11        if you'll pass Exhibit 3 to the court reporter,

12        Mr. Jeffries.  If you'll pass Exhibit 3 to the

13        court reporter.

14   A    What page?

15   Q    45.  Now, the question is going to be repetitive

16        what we talked about with H.C. Jeffries, but for

17        Tower Aviation Management, do you see these

18        payments that were made by Ford Steel?  Did Ford

19        Steel receive anything for those payments?

20   A    On this one page?

21   Q    From 45 on to 46, there are a number of payments

22        listed by Ford Steel to Tower Aviation

23        Management.

24   A    I don't know if -- I don't know if they received

25        anything for those particular payments or not.

Herbert C. Jeffries

```
 1    Q    Did Mr. McElroy also work with Tower Aviation

 2         Management?

 3    A    Yes.

 4    Q    What did he do for them?

 5    A    He was their CPA.

 6    Q    Did Tower Aviation pay him a salary?

 7    A    I'm not sure how -- I don't recall how all that

 8         is set up, but I don't remember how that's --

 9         how he was compensated or what, if it was

10         just -- but I know he reviewed -- he prepared

11         the documents so he was the only person we had

12         looking at everything.

13    Q    Did anyone else who worked for H.C. Jeffries or

14         Ford Steel also work for Tower Aviation

15         Management?

16    A    Didn't work for them.  It only had -- it had

17         employees in Austin, so...

18    Q    Did it have any employees in the Houston area?

19    A    No employees, no, but we did manage things out

20         of our office staff there.

21    Q    Okay.  But I thought you said you didn't know

22         whether Mr. McElroy was compensated by Tower

23         Aviation Management.  Now you're saying he --

24    A    I don't know.

25    Q    -- certainly wasn't.
```

Herbert C. Jeffries                                    63

```
 1    A    Well --

 2    Q    If it didn't have any employees in Houston, I

 3         mean --

 4    A    Well, I don't know how it was structured.

 5    Q    -- right?

 6    A    We have employees in Austin.  We handled the

 7         books and records and payments out of our office

 8         in -- in Houston and --

 9    Q    Mr. McElroy wasn't an employee of Tower Aviation

10         Management, was he?

11    A    No, not an employee but what I don't know is if

12         there's any arrangement between Tower Aviation

13         to compensate H.C. Jeffries Tower Company who

14         Mark is employed by for his services.  That, I

15         don't know.

16    Q    Who would know that?

17    A    Mark would know that.

18    Q    Would anyone else approve it?

19    A    Nobody else would approve it.  It would be --

20         any approvals would be done by me, but I have so

21         many businesses, so many employees, I don't

22         recall the details of all of them.

23    Q    Did either Ford Steel or H.C. Jeffries make any

24         transfers to any of your other businesses in the

25         six months before bankruptcy?
```

1    A    Not that I'm aware of.

2    Q    Who would know that?

3    A    It would be in the documents supplied during

4         bankruptcy.  All of that has already been

5         disclosed and so -- and Mark prepares those

6         documents for us.

7    Q    So Mark would know?

8    A    Yeah.  He prepared them.

9    Q    Okay.  Are you paid a salary by any of your

10        companies?

11   A    Yes.

12   Q    Which companies pay you a salary?

13   A    Jeffries Tower Company.

14   Q    Does Ford Steel also pay you a salary?

15   A    No.

16   Q    What's your salary from H.C. Jeffries?

17   A    I think it's gross 5,000 a week and take home is

18        like 3,500 -- 3,400, something like that.

19   Q    So gross it's about 250,000 a year?

20   A    Something like that, whatever that works out to.

21   Q    Why did Ford Steel file bankruptcy?

22   A    It was forced to by IRS.

23   Q    How did the IRS force Ford Steel to file

24        bankruptcy?

25   A    Swept my accounts on more than one occasion.

Herbert C. Jeffries                                                   65

```
 1    Q    Were there any other issues that caused it to

 2         file bankruptcy?

 3    A    No.  That was the catalyst that made me file.

 4    Q    Did the IRS sweep any of H.C. Jeffries'

 5         accounts?

 6    A    I think they did.  I don't remember.  There were

 7         several accounts and I believe so.  They -- but

 8         I don't recall exactly.  That was quite a while

 9         back.

10    Q    Who was responsible for making sure that Ford

11         Steel paid payroll taxes?

12    A    That would be me.

13    Q    Okay.  Why did Ford Steel not pay payroll taxes?

14    A    Because it would be lack of funds at the time.

15    Q    Did -- well, how many employees did Ford Steel

16         have?

17    A    It varied.

18    Q    Approximately?

19    A    Probably the average maybe 55 up and down

20         different times.

21    Q    Were you ever employed by Ford Steel?

22    A    No.

23    Q    Did Ford Steel issue pay stubs to employees?

24    A    Yes, they get a pay stub.

25    Q    Did it issue W-2s to employees at the end of the
```

Herbert C. Jeffries

```
 1            year?
 2      A     It issued whatever it's supposed to, but, again,
 3            that gets in an area I'm not real familiar with.
 4            I guess -- I don't remember what you call it.  I
 5            know it was W-9 and W-2s and all that, but they
 6            issued whatever they were supposed to issue to
 7            an employee.
 8      Q     And those documents would show how much was
 9            withheld from their wages, right?
10      A     I don't prepare them, so I'm not sure what all
11            they show.
12      Q     Who is responsible for preparing documents
13            showing the withholding taxes?
14      A     QuickBooks, I guess.
15      Q     Well, do you subcontract out with QuickBooks the
16            company, or does somebody use software?
17      A     I guess I don't really understand the question.
18      Q     You said that you were responsible for making
19            sure payroll taxes were paid, right?
20      A     I'm president of the company, yeah -- well, Ford
21            I'm a member.  I'm not -- so I'm a member, but
22            yeah, I'm responsible.
23      Q     Well, we talked with -- with H.C. Jeffries, you
24            said that your wife was responsible for payroll
25            and making sure payroll taxes were taken care?
```

Herbert C. Jeffries

67

```
 1   A   I said I'm responsible for the taxes being paid.

 2       I'm just saying she was the person that

 3       processed it.

 4   Q   Okay.  We'll look at the transcript later, but

 5       who processes -- who physically makes sure that

 6       the process of paying employees and withholding

 7       taxes is done correctly?

 8   A   The processing is done by my wife and her

 9       assistant.

10   Q   Did Ford Steel give pay stubs to employees

11       showing that taxes had been withheld?

12   A   They give pay stubs to employees.  To my

13       knowledge, it has all the required information

14       on there.  I don't know what all it shows and

15       what it doesn't show.

16   Q   Do you know if the pay stubs that Ford Steel was

17       giving employees accurately showed whether taxes

18       were being withheld?

19   A   Whatever they're supposed to show, I'm sure it's

20       accurate.  You know, whatever it's supposed to

21       show, whatever that information is, it's done

22       like it's supposed to be.

23   Q   Well, for the times when Ford Steel didn't pay

24       payroll taxes, were employees shown that on

25       their pay stubs that their payroll taxes weren't
```

Herbert C. Jeffries

```
 1              being paid?

 2    A    Well, again, I don't know -- have the breakdown

 3         of those.  I'm not sure, but, again, payroll is

 4         paid weekly and certain times.  And I'm not

 5         sure, but I know different times taxes were paid

 6         quarterly.  And, again, we were working with the

 7         IRS following their instructions of what to do

 8         and how to pay taxes that might have been behind

 9         that we know we were behind on.  So that's all I

10         know.

11    Q    So you don't know if the pay stubs accurately

12         showed whether payroll taxes were being paid?

13    A    I don't do the pay stubs.

14    Q    Okay.

15    A    But...

16    Q    That would be your wife Mary who would know

17         that?

18    A    Whatever is on there was accurate and whatever

19         is required by law, it's there.

20    Q    What does Katherine Jeffries do for H.C.

21         Jeffries?  I'm sorry, you said --

22    A    H.C. Jeffries or Ford Steel?

23    Q    -- safety -- Katherine Jeffries is in charge of

24         safety for H.C. Jeffries, correct?

25    A    Yeah.
```

Herbert C. Jeffries

69

```
 1    Q    What does she do for Ford Steel?

 2    A    You asked me that earlier, but I'll answer it

 3         again.  She does the compliances, the API

 4         certifications, AISC certifications, several

 5         others, OSHA, safety in the plant of all our

 6         employees, among many other things.

 7    Q    Have you looked into if Ford Steel decides to

 8         sell the real property instead of refinance it,

 9         how much it would cost H.C. Jeffries to lease a

10         similar space?

11    A    No.

12    Q    For Ford Steel do you expect that the current

13         steel tariffs are going to affect profit margins

14         at all?

15    A    Not at all.

16    Q    Why not?

17    A    Because that's passed on to the buyer.

18    Q    Do you think that's going to slow down some of

19         activity if the costs are passed down?

20    A    Not at all.

21    Q    Why do you think that?

22    A    Because of what's on -- what's happening, all

23         the projects being put off for so many years,

24         the size of projects being done, multiyear

25         projects, big developments along the coastline
```

```
 1            in the petro-chem and oil industry and we're

 2            tied in with the companies doing those.  These

 3            projects have to be done.  Things have to get

 4            done regardless of the economy.  Sooner or later

 5            you can put them off, but they've got to be

 6            done.  But that steel tariff is not going to

 7            hurt us a bit.  Going to probably help us.

 8    Q       Why do you think it will help you?

 9    A       It changes the -- it potentially changes the

10            playing field and possibly eliminates other

11            competitors possibly because of their sources

12            for material and so forth.

13    Q       Where does Ford Steel buy its steel from?

14    A       Currently it buys it from distributors.  We've

15            got one primary distributor we use, but there's

16            others we use when they don't have the product

17            we need.

18    Q       Well, why do you think that rising steel prices

19            would eliminate competitors?

20    A       Well, because you said tariffs, you know, and

21            what's happening, a lot of people are switching

22            to domestic steel only and in some cases they

23            have to -- whether they have -- they have no

24            choice I guess is a better way to put it.  So

25            some of them that may have good relationships
```

Herbert C. Jeffries 71

```
 1              with foreign suppliers that I might not have or

 2              our company might not have and I have good

 3              relationships with domestic suppliers, there's

 4              where I can get an advantage sometimes just

 5              because of customer relations.

 6     Q    If Ford Steel and H.C. Jeffries are able to

 7              confirm Chapter 11 plans, will H.C. Jeffries pay

 8              any rent to Ford Steel after bankruptcy?

 9     A    Yes.

10     Q    How much will that rent be?

11     A    I'm not sure, but I think it's in the plan.

12              Mark has those numbers, but I don't -- I'd be

13              guessing, but it's definitely paying rent.

14     Q    Do you know approximately how much it is?

15     A    I don't recall.

16                   MR. KINCHELOE:  I'll pass the witness.

17                        EXAMINATION

18     QUESTIONS BY MR. RUZINSKY:

19     Q    Mr. Jeffries, my name is Bruce Ruzinsky and I

20              represent Equitable Life.  I have some questions

21              for you as well.  During your testimony earlier

22              you indicated that the folks who had made this

23              50 percent to property value refinance offer and

24              included a component for refinancing equipment

25              as well, that they had made a presentation; do
```

Herbert C. Jeffries

```
 1              you recall that?

 2    A    A proposal.

 3    Q    Okay.  A proposal?

 4    A    Yes, sir.

 5    Q    Was the proposal just in writing, or have you

 6         spoken with them?

 7    A    Representatives for me have spoken with them

 8         numerous times.

 9    Q    Okay.  And who are those representatives for

10         you?

11    A    Mark McElroy.

12    Q    And when did these discussions begin?

13    A    I think Mark would know, but I'm going to guess

14         that it's been -- just because I have been

15         hearing the details and back and forth and he

16         and I communicate -- I've been out on the road a

17         lot working, but I want to say around

18         approximately three months ago.

19    Q    All right.  And did you find them, or did they

20         find you?

21    A    We found them.

22    Q    And how did you find them?

23    A    We had a group that we had spoken with about

24         helping us restructure prior to filing

25         bankruptcy.  And this particular group had
```

Herbert C. Jeffries

1              been -- showed a willingness to work with us and

2              very interested.  And so after filing and

3              contacting -- we kept them up to date.  We

4              contacted them again and asked them if they

5              would be willing to participate in us

6              restructuring.

7     Q     So if I understand your testimony correctly,

8              this is a group that you had communications with

9              before the bankruptcy filing in connection with

10             your prebankruptcy restructuring efforts; is

11             that right?

12    A     The group that brought this group to the table.

13    Q     Okay.

14    A     This group -- so we contacted this group and

15             what they came back and said we're more

16             interested in the -- perhaps the equipment and

17             maybe even some other types of financing, but

18             the -- in terms of the real estate, we would

19             rather bring some other people we work with to

20             the table.

21                   So they brought two different groups,

22             called and visited with them, told us they had

23             introduced us or our company, my reps and their

24             reps to begin discussions.  So we did and

25             they've done their diligence.  They've came and

1           looked at the facility.  Certain people did.

2           They reviewed the financials, all the bankruptcy

3           issues, the debts.  They've reviewed our work

4           history and our work loads and our backlogs and

5           said yeah, we are interested.

6                     And, of course, it was many more weeks

7           of questioning and supplying documents and so

8           forth to both these companies.  But within a

9           week of each other, they both sent us a written

10          proposal.

11   Q      So do I understand correctly that one company's

12          proposal was for the real estate and other

13          company's proposal was for the equipment --

14   A      No.

15   Q      -- or refinancing?

16   A      Both were for real estate.

17   Q      Okay.

18   A      But one of them also included the equipment.

19   Q      Okay.

20   A      And that was for -- they said we'll do a million

21          on the equipment even before we got the

22          appraisal.

23   Q      Okay.

24   A      And we said well, we can do better than that, so

25          that's the group -- that particular group is the

Herbert C. Jeffries

```
 1              one we're meeting with next week.  And the

 2              second group we're meeting with I think at the

 3              end of next week.

 4    Q    Okay.  And so when you testified earlier that

 5              the refinance offer was, you know, a little over

 6              $4 million on the real estate, was that from one

 7              of the two groups or both of the groups?

 8    A    Ironically both of them offered 50 percent of

 9              the appraised value that they had in their

10              possession which was, like I said, almost

11              exactly 8 million, slightly over.  So both of

12              them offered 50 percent.  Both of them said

13              we'll do upwards of 60 and in conversations

14              since then with them, they both said that was

15              just our first -- one said that was our first

16              offer.  We're definitely willing to work with

17              you, we'll visit and see what you need.

18                   So we know they're negotiable.  Our

19              thoughts based on conversations are there's just

20              one in particular because of turns, interest

21              rates and so forth, it's more favorable to us.

22              It happens to be the one that also offered a

23              million for the equipment.  Our thoughts are

24              we're going to at least meet them halfway and

25              maybe get up to 4.5 on the property.
```

Herbert C. Jeffries

76

```
 1                    And the equipment, we have other

 2           people to go to, but we feel like we're going to

 3           have the appraisal when they show up and they

 4           might do better on the equipment as well.

 5    Q     So the party that has offered to refinance both

 6           the real estate and the equipment, are they

 7           prepared to refinance just based on the real

 8           estate if you decide to go a different route --

 9    A     Absolutely.

10    Q     -- on the equipment?

11    A     Yeah.  They just said usually we don't get into

12           equipment, but we'll give you a million.  It was

13           that type of deal.  We want the real estate.  So

14           both cases, they're both strong proposals, 4

15           million.  We told them here is what we need to

16           get because we need to take -- we need to make

17           this work.

18                    We're wanting to take -- ultimately

19           we're trying to get the IRS out of Ford Steel

20           100 percent from day one.  That's our goal.

21           That's what we're working toward.  But we're

22           confident that we're at least to the point based

23           on conversation with them, projects that we feel

24           fairly certain we're going to get to the 6

25           anyway, 5 with them and, you know, potentially
```

Herbert C. Jeffries

77

```
 1              lead to 6, so...

 2    Q    And when you say 6, is that just real estate, or

 3         is that real estate and equipment?

 4    A    That's combined.  That's combined.

 5    Q    Combined?

 6    A    Yes, sir.

 7    Q    Okay.  You testified earlier that you were

 8         dealing with mortgage brokers also.  Which

 9         mortgage brokers are you dealing with?

10    A    These are mortgage broker companies and maybe I

11         don't recall them right, but I mean, these that

12         I'm -- the two that I'm talking about are

13         mortgage broker --

14    Q    Is that who you were referring to, mortgage

15         brokers?

16    A    Yes, sir.

17    Q    They're not --

18    A    I'm sorry.  Let me -- I get those terms mixed

19         up, but they're refinancers.

20    Q    So when I hear a reference to mortgage brokers,

21         I think that they're the people who go find the

22         folks who will provide the mortgage.  They're

23         brokers.

24    A    Right.

25    Q    They don't provide the mortgage themselves and
```

Herbert C. Jeffries

78

```
 1              so if -- is that a correct characterization of

 2              your situation here?

 3      A       No.  These are the actual companies that do it.

 4              I call them mortgage brokers because I don't

 5              deal in that stuff all the time and I just may

 6              be referring to them wrong, but I understand

 7              what you mean.  A broker finds the deal and puts

 8              the deal together.  I'm just referring to --

 9      Q       And I'm just trying to understand the facts and

10              so from the testimony you just gave, I think I

11              understand and please tell me if I'm wrong that

12              when you were referring to mortgage brokers, it

13              was actually the people who are offering to make

14              the loan --

15      A       Yes, sir.

16      Q       -- not the people who are finding the people to

17              make the loan?

18      A       Yes, sir.  These are actual -- for lack of a

19              better term, these are the financing companies.

20      Q       Okay.  Okay.

21      A       I suppose the first person that I mentioned in

22              the group in Houston acted as the broker to

23              bring these people to the table.  That would be

24              the correct way to say it.

25      Q       All right.  When you were asked a little while
```

1        ago about whether H.C. Jeffries will be paying

2        rent to Ford Steel after the bankruptcy plans

3        are confirmed and you said yes --

4    A   Yes.

5    Q   -- I believe, would that rent be a market rent,

6        or would it be different than a market rent?

7    A   Well, I guess it would be, you know, the market

8        rate.  You mean fair market value?

9    Q   Yeah, fair market rate.

10   A   Yeah, absolutely, absolutely.

11   Q   Okay.  Do you recall your testimony earlier

12       about -- Mr. Kincheloe asked you questions about

13       seasonality?

14   A   Pardon me?

15   Q   About seasonality in your business?

16   A   Yes.

17   Q   And I believe your explanation was that

18       historically there's been seasonality because of

19       the types of energy-focused clients that you

20       had --

21   A   Yes.

22   Q   -- and now you've built up a stock of more

23       diversified clients and you feel like -- I

24       understood you to be saying you really don't

25       have seasonality now?

Herbert C. Jeffries                                                80

```
 1    A    That's correct.

 2    Q    You've got that beat; is that right?

 3    A    We beat that, yes.

 4    Q    Let's go to Exhibit 2, please.  It will be

 5         Page 21 of 60.  I think you're there at that

 6         page; is that correct?

 7    A    Yes, sir.

 8    Q    So Ford Steel -- and these are Ford Steel

 9         bankruptcy schedules.  And you signed these

10         schedules, right?

11    A    Probably.  I'm guessing.

12    Q    I'm showing you a page where you did.  If you

13         look at Page 55, you signed them?

14    A    I sign a lot of stuff.  50 which?

15    Q    55.

16    A    Okay.

17    Q    Looks like you signed them on September 25 of

18         last year.

19              MS. KOENIG:  That's your electronic

20         signature you signed next to it.

21    A    Okay.  Yeah.

22    Q    (BY MR. RUZINSKY)  Go back to Page 21 if you

23         would, please, sir.  Ford Steel at Page 21 is

24         scheduling my client's secured claim at a total

25         amount of $2,658,000; do you see that?
```

Herbert C. Jeffries

81

1   A   Yes, sir.

2   Q   Okay.  And would you agree with me that that's

3       what the debtor Ford Steel is representing to

4       the Court what's owed as of the date of the

5       bankruptcy filing?

6   A   I agree with you.  To my knowledge, that's the

7       correct amount.

8   Q   All right.  And do you know how that number was

9       arrived at by Ford Steel?

10  A   As I recall, it was arrived at after some

11      discussions and negotiations on behalf of our

12      attorney and your -- and your group to agree

13      upon an amount including -- there was a first

14      amount they wanted for -- and if this is before

15      that time, I apologize.  I don't have stuff to

16      confirm this, but I believe I'm thinking --

17  Q   And this is back in September of last year, this

18      document was filed.

19  A   So this is prior to the settlement amount -- or

20      not settlement, but the agreed upon amount?

21  Q   I don't think we have an agreed upon amount yet.

22      I wish we did.  But I'm -- you know, this was

23      filed --

24  A   Then I'm not sure what that represents.

25  Q   Okay.

1    A    I...

2    Q    Who would know that?

3    A    Mark.

4    Q    All right.  Are you -- have you ever heard the

5         term before "oversecured creditor"?  You ever

6         heard that term before?

7    A    I don't think so.

8    Q    You understand that there has been interest

9         that's continued to accrue after the bankruptcy

10        was filed?

11   A    Yeah.

12   Q    Okay.  Do you understand, too, that there have

13        been attorneys' fees incurred by Equitable in

14        connection with pursuing its claim in this

15        bankruptcy case?

16   A    I understand that.

17   Q    And would you agree with me that the number

18        that's contained in the bankruptcy schedule of

19        $2,658,000, whether it's a right number or

20        whether it's a wrong number, does not include

21        the postbankruptcy interest and attorneys' fees?

22   A    Understand.  I agree with that.

23             MR. RUZINSKY:  Let's go ahead and mark

24        these.  We're on Exhibit 4 now?

25             THE REPORTER:  Yes.

Herbert C. Jeffries                                                              83

```
 1    Q    (BY MR. RUZINSKY)  This will be the Third

 2         Amended Disclosure Statement for Ford Steel.

 3                   (Exhibit No. 4 marked.)

 4    Q    (BY MR. RUZINSKY)  Mr. Jeffries, I'm handing you

 5         a copy of Exhibit No. 4 which is the Ford Steel

 6         Third Amended Disclosure Statement.

 7                   MR. RUZINSKY:  So if you two can

 8         share.

 9    A    Do I give her this one or do I give it to --

10    Q    (BY MR. RUZINSKY)  You hold it for the moment.

11    A    Okay.

12    Q    If you would turn, please, to Page 19 and so up

13         at the very top, it's Page 19 of 41.

14    A    Okay.

15    Q    Okay.  So six lines down there's a sentence that

16         says:  "The debtor believes it can sell the

17         property within six months to one year for at

18         least $5.5 million as it appraises for almost

19         $8 million"; do you see that?  Six lines down on

20         Page 19 of 41.

21    A    Oh, there.  I see that.

22    Q    Okay.  And you're referring this to the real

23         estate, right, not the equipment?

24    A    I believe that's correct.  It says "the

25         property" so that's the real estate.
```

1    Q    Right.  Okay.  So in the proposals that you've

2         received, it sounds like you've gotten a

3         proposal in the $4 million range or a couple of

4         proposals in the $4 million range for the real

5         estate and you're going to try and get that

6         number up; is that right?

7    A    That's right, to refinance it.

8    Q    To refinance it.

9    A    Yes.

10   Q    Do you think you can get the same amount,

11        $5.5 million out of a refinance as you can with

12        a sale?

13   A    We can get more out of a refinance than a sale.

14   Q    Okay.  So if you felt like you can get

15        $5.5 million out of a sale, you think you could

16        get more than that out of a refinance of the

17        real estate?

18   A    Say that again?

19   Q    So if -- am I correct that you believe that you

20        can get more than $5.5 million out of a

21        refinance of the real estate?

22   A    My personal belief is whether it's equivalent,

23        combined or whatever, we're going to be able to

24        raise more funds to apply to the debts by

25        refinancing than selling the property.

1   Q   Let's take them one at a time.  Let's just talk

2       about the real estate to start with.  You've

3       indicated you got an offer for a little more

4       than $4 million.  You think you can get more

5       just on the real estate.  Do you think on a

6       refinance, you feel good that you could get

7       $5.5 million or more just out of a real

8       estate -- a refinance of the real estate?

9   A   Not sure yet.  That remains to be seen how much

10      we can get, you know, but I know I can get more

11      than the offer that they have now.  I know I can

12      get more than the 4.

13  Q   Get more than the 4, okay.

14          You also state a few lines down on

15      this same page that it says:  "The debtor is

16      interviewing brokers, including Bill Ginder, a

17      senior VP at Brokerage Services at Caldwell

18      Companies to market the property."

19          So have those -- are those discussions

20      still going on, or have those stopped?

21  A   Those discussions -- that person brought

22      someone -- he didn't bring them.  He informed us

23      he had a client that was interested.  And when

24      he revealed the amounts they were talking about

25      and what he thought he could do, it was -- it

Herbert C. Jeffries

86

```
 1            wasn't going to meet our needs.  So the stronger

 2            option came to refinance.  We've asked him to

 3            bring better offers to the table to consider.

 4            He's yet to do so.

 5    Q    When was the last time you spoke with him?

 6    A    I haven't.  Mark spoke with him.

 7    Q    Do you know the last time Mark spoke with him?

 8    A    I don't know how long ago that was.

 9    Q    Couple of sentences down from there still on

10            Page 192 says:  "If the debtor is not able to

11            lease the property from the new owners, it shall

12            lease other property around Porter, Texas."

13                    And you've testified earlier, am I

14            correct, that you're not pursuing that right

15            now; is that right?

16    A    No, we're not pursuing that now because that's

17            not the -- in our best interest to accomplish

18            what we want to accomplish to pay off the debts

19            to Equitable and the IRS.  That's not the way to

20            do it.

21    Q    Now, the next sentence says:  "The lease of

22            property is anticipated to be $50,000 per month,

23            based upon the rental rates of comparable

24            properties in Porter and surrounding areas."

25                    So my question to you is when Ford
```

```
 1          Steel leases the property to H.C. Jeffries, is

 2          H.C. Jeffries going to be paying $50,000 a

 3          month?

 4     A    Well, you're talking about -- that refers to, if

 5          I'm not mistaken, rent for the whole facility,

 6          the plant, Ford Steel and that would be the

 7          amount for six acres, the plant, everything.

 8          H.C. Jeffries Tower only needs a place not even

 9          a quarter of an acre to park its equipment.

10          It's just a piece of property that it stores its

11          equipment on.  Jeffries Tower is not

12          fabricating.  Ford Steel has the facility.  So,

13          of course, it wouldn't pay $50,000 to Ford Steel

14          to rent a lot to park trucks and equipment on.

15          That's not realistic.

16     Q    So when you said earlier that H.C. Jeffries

17          would pay a market rate to Ford Steel --

18     A    For the office space and so forth.

19     Q    Okay.  And so what is your understanding of a

20          market rate?

21     A    Well, let's say that market rate would include a

22          half acre of property to park equipment on,

23          let's say an acre at the max, it's not even a

24          acre to spare.  It all fits on a half acre.  And

25          then out of the 10,000 square foot office
```

Herbert C. Jeffries                                                                88

```
 1              building, it would rent office space in those

 2              offices at about at the max, it uses maybe 2,000

 3              square feet tops of that office facility.  So

 4              whatever the fair market rate for office space

 5              in Porter, Texas of 2,000 square feet within a

 6              building at a half acre property to park trucks

 7              and equipment on, whatever the fair market that

 8              is, be more than happy to pay that.

 9     Q    You don't have a number in mind, but that's your

10              yardstick; is that correct?

11     A    I don't have a number in mind.  I -- if I had to

12              toss one out, I would say five grand a month,

13              something like that.

14     Q    Okay.

15     A    But I may be wrong.  It may be higher and we're

16              glad to pay it whatever it is.

17     Q    Is there any signage out at the property now

18              about it being for sale or inviting finance

19              offers?

20     A    No, because it's not for sale yet.  It would be

21              a waste.  It would just not make good business

22              sense, but through the proper channels, we -- as

23              one of the things we've talked about, we want to

24              do it the proper way.

25     Q    Do you understand that the plan that's been
```

Herbert C. Jeffries

89

```
 1                filed by Ford Steel includes a provision that if

 2                payments are not made after the required notice

 3                is given and if the payment is still not made,

 4                that parties with liens on the property can

 5                exercise their lien rights through foreclosure?

 6      A         I understand.

 7      Q         And so if that were to happen -- hope it doesn't

 8                happen, but if that were to happen, would the

 9                debtor stand aside and let that foreclosure

10                process go forward?

11      A         The debtor would follow the advice of his

12                attorney and the requirements of the Court.

13      Q         So you don't have an answer to the question

14                other than you don't know the answer to the

15                question now, you would just seek out the advice

16                of your attorney?

17      A         You asked what we would do and I would follow

18                the advice of my attorney.  That's what I do.

19                I -- and whatever the Court says I have to do.

20      Q         All right.

21      A         That's above all.  I've got to follow the Court,

22                what the judge says.

23      Q         There's also a statement at Page 34 of the Third

24                Amended Disclosure Statement that says:  "The

25                debtor shall attempt to resolve all objections
```

Herbert C. Jeffries

1      to claims prior to confirmation."

2   A   I'm sorry.  What page?

3   Q   Page 34.  It's in the first full paragraph.  34

4       of 41.

5   A   And it says what, which part?

6   Q   One, two, three, four, five lines down, the

7       first full paragraph.

8           MS. KOENIG:  "The debtor shall

9       attempt."

10  Q   (BY MR. RUZINSKY)  You see that?

11  A   I see that.

12  Q   What -- we've had some attempts made to try and

13      resolve my client's claim and they seem to have

14      been stalled out.  And so I'm trying to

15      understand what the debtor Ford Steel intends to

16      do between now and prior to plan confirmation to

17      resolve any of its issues with my client's

18      claim.

19  A   I only understand -- I don't understand what

20      you're talking about.  What --

21  Q   I'll try and rephrase it for you.  So you had

22      indicated earlier that you understood that there

23      was some discussions going on between myself and

24      your attorney about my client's claim; is that

25      right, about the amount of my client's claim?

Herbert C. Jeffries

```
 1    A    Yes, as I recall, there's been some discussion

 2         about that.

 3    Q    Right, right.  And I'm telling you that those

 4         have stalled out and I would like to know what

 5         the debtor intends to do between now and prior

 6         to plan confirmation later this month, this plan

 7         confirmation hearing the latter part of the

 8         month to try to resolve the amount of my

 9         client's claim.

10    A    My understanding was that after discussions, you

11         on behalf of your client had issued an amount

12         that you were seeking.

13    Q    We've got an amount in our proof of claim.

14    A    And I -- I'll need to consult my attorney on

15         that.  I thought that was the amount and we've

16         all agreed on that amount.  That was my thought,

17         but I may be mistaking that amount for something

18         else, so...

19    Q    I would encourage you to talk to your lawyer.

20         We would be happy to agree upon the amount in

21         our proof of claim --

22    A    Okay.

23    Q    -- which was an amount as of the bankruptcy

24         filing date and then it would need to be

25         adjusted for the interest that's accrued and the
```

Herbert C. Jeffries

```
 1              attorneys' fees that have accrued as well.  But

 2              please, by all means talk with your attorney and

 3              visit with her about that.

 4       A      Okay.  I will.

 5       Q      I'm now going to ask you to turn, please, to

 6              Exhibit A of -- of Exhibit No. 4.  It is the

 7              one-page liquidation analysis.  It says at the

 8              top right-hand corner Page 1 of 1 and it comes

 9              immediately after Page 41 of 41.

10       A      Okay.

11       Q      The middle column of that chart says "Fair

12              Market Value" and it's got a footnote, Footnote

13              No. 1 and when you drop to Footnote No. 1, it

14              says:  "As of date of filing"; you see that?

15       A      Yes.

16       Q      And my question to you is are you referring

17              there to the date of filing the bankruptcy case,

18              or are you referring to the date of filing the

19              Third Amended Disclosure Statement?  Of course,

20              there's a better part of the year that's

21              different there or difference.

22       A      I would have to -- I would have to consult with

23              Mark to determine that.

24       Q      Okay.

25       A      I'm not sure.
```

Herbert C. Jeffries

1    Q    Next question and I think it's an error here,

2         but I want to get your input on it and have you

3         answer the question.  Under real estate which is

4         Item No. 3 in this chart, the very last column

5         is liquidation value and you've got zero down

6         for that.  And there's a footnote on that as

7         well which talks about, you know, various claims

8         filed asserting liens against the property.  But

9         I think the reference -- and would you agree

10        with me that the reference to a zero value for a

11        liquidation value is incorrect because the

12        property has some value when it gets liquidated?

13        You can get some money for it, right?

14   A    I'm not good at these charts, but to your

15        question, it's absolutely worth something and

16        the value would not be zero of the property.  I

17        think it's a mistake or a misprint or unless

18        it's some other thing I'm not aware of.

19   Q    Okay.

20   A    But just the short and sweet of it is, yeah, the

21        property is worth something.  Liquidationwise,

22        it's not near what we could get by borrowing.

23   Q    And so do you have a -- an understanding whether

24        it be general or specific as to what the real

25        property would be likely to go for in a -- in a

Herbert C. Jeffries

94

```
 1              liquidation sale versus a fair market value

 2              sale?

 3      A       It would be very low and everybody, all parties

 4              would be disappointed.  And the reason I say

 5              that is because of a variety of things.  One,

 6              just knowledge of what happens to other steel

 7              plants when they've been shut down and the

 8              location of it is not ideal to us, but in the

 9              industry it's not as desirable as people that

10              fabricate steel often is.  It would be a fire

11              sale situation and just my knowledge of what

12              people buy those for in other similar

13              situations, it would be a fraction of what we

14              get the way we're pursuing it now.  And the

15              debts wouldn't be satisfied and my goal is to

16              take care of all the debts.

17      Q       Do you think it would be more than a million

18              dollars or less than a million dollars?

19      A       I think it would be -- it would be more than a

20              million.

21      Q       Do you think it would be more than two million

22              or less than two million?

23      A       No, I don't.

24      Q       So you think it would be more than a million but

25              less than $2 million on a liquidation value?
```

Herbert C. Jeffries

95

```
 1    A      That's my personal opinion.

 2    Q      All right.

 3    A      I haven't gotten prices from anybody, but it's

 4           an opinion.

 5    Q      You talked about a number of employees and I

 6           just can't remember if you were talking about

 7           just the H.C. Jeffries side or the -- or just

 8           the Ford Steel side or both, but I'm going to

 9           ask you, you know, some of the folks on the Ford

10           Steel side here.  So Chad Jeffries, what does he

11           do?

12    A      Sales, he's a salesman for Ford Steel.

13    Q      All right.

14    A      You said just on the Ford Steel side?

15    Q      On the Ford Steel side, yes.

16    A      Yes, sir.

17    Q      Mary Jeffries, does she do the same thing for

18           Ford Steel as she does for -- at H.C. Jeffries?

19    A      Yes.

20    Q      Okay.  It's accounting, bookkeeping, office

21           managing?

22    A      Yes.

23    Q      Okay.  Any other employees that are related to

24           you at Ford Steel?

25    A      Chad is my son and Katherine is my daughter.
```

Herbert C. Jeffries

```
 1    Q    What does Katherine do for Ford Steel?

 2    A    She's Kat Allen and she does the -- the one I

 3         spoke of earlier, she does all the

 4         certifications for the plant, safety, so forth.

 5    Q    All right.  And it looks like Mary's

 6         compensation from Ford Steel is either 12 or

 7         $15,000 a month?

 8    A    No.

 9    Q    No?

10    A    She makes 3,500 a month before taxes.  That's

11         gross from Ford Steel.

12    Q    All right.  So I'm -- I'm looking at the -- and

13         let's go ahead and mark this.  This is the

14         monthly operating report for Ford Steel.  It is

15         one that was filed on July 25th, so it's the

16         last monthly operating report.  It's Docket

17         No. 132.

18              (Exhibit No. 5 marked.)

19    Q    (BY MR. RUZINSKY)  This will be Exhibit No. 5.

20         And the very last page --

21              MR. KINCHELOE:  Mr. Jeffries, will you

22         make sure I handed you the one for Ford Steel

23         and not H.C. Jeffries?

24              THE WITNESS:  Ford Steel.

25              MR. KINCHELOE:  Okay.
```

Herbert C. Jeffries

```
 1    A    Which page, last page?

 2    Q    (BY MR. RUZINSKY)  Last page, yes.  And so this

 3         is the MOR-9 payments to insiders and

 4         professionals and the second listing -- there

 5         are listings past that, but the second listing

 6         on this schedule is for Mary Jeffries' gross

 7         payroll and starting in September shows $12,000,

 8         October $12,000, November $12,000, December

 9         $15,000, January and February $12,000 each,

10         March $15,000, April and May $12,000 each and

11         June $15,000.

12    A    Well, that's way off.  She makes $3,500 a

13         month -- I mean, a week -- 3,500 a week.

14    Q    Okay.  And I see Chad Jeffries is listed at

15         3,500 --

16              MR. KINCHELOE:  Wait, wait, you're

17         saying she makes -- Mary Jeffries --

18    A    Oh, this is a month.  Oh, I'm sorry.

19    Q    (BY MR. RUZINSKY)  It's a month.

20    A    Oh, I'm sorry.  She makes 3,500 a week.

21    Q    A week?  Okay.

22    A    Yes, sir.  I misunderstood.

23              MS. KOENIG:  Understand there are some

24         pay periods where there's five weeks in a month.

25         That's why it differs.
```

Herbert C. Jeffries

98

1            MR. RUZINSKY:  I think I was confusing

2       numbers.  I heard a week and numbers with month.

3            MR. KINCHELOE:  Mr. Jeffries

4       originally said she makes 3,000 a month.

5            MS. KOENIG:  I understand.  So I'm

6       just saying the next question is going to be why

7       is it 12,000 one month and 15,000 the next and

8       that's because they're paid weekly and there's

9       five weeks in some months and --

10           MR. RUZINSKY:  I understand, I

11      understand.

12  Q    (BY MR. RUZINSKY)  Okay.  But it is 3,500 --

13  A    A week.

14  Q    -- a week?

15  A    I apologize.  I misunderstood.

16  Q    That's all right.  We got that cleared up.  Take

17      a break.  Sure.

18           (A recess was taken.)

19               FURTHER EXAMINATION

20  QUESTIONS BY MR. KINCHELOE:

21  Q    All right.  Mr. Jeffries, while we were off the

22      record, Mr. Ruzinsky said he had no more

23      questions so he passed back to me.  He was

24      talking about this refinance before we took a

25      break.  About how long do you expect to know

Herbert C. Jeffries                              99

```
 1              whether this is a deal that you're going to be

 2              able to go through with or whether it's going to

 3              disappear?

 4      A       This -- the first offer from the first company?

 5      Q       Any offer.  Let me rephrase the question.  It

 6              was a bad question.

 7                      How much more time do you think that

 8              you need to figure out whether you will be able

 9              to refinance all of the debt between H.C.

10              Jeffries or I guess with Ford Steel?

11      A       You say refinance all of the debt?

12      Q       You're right.  That -- my second attempt wasn't

13              much better than my first.  Try again.

14      A       Okay.

15      Q       You've been talking about these refinance

16              proposals with Ford Steel.

17      A       Yes.

18      Q       How much time do you need to figure out whether

19              you're going to be able to go forward with

20              these?

21      A       With the refinance deal?  I -- if the question

22              is whether more time till we get a closure or

23              whether I'm going -- because my plan is to go

24              forward with these deals, one of these deals.

25      Q       Right.  And I'm struggling here to ask a
```

Herbert C. Jeffries

```
 1              question which is a problem for me.  You had

 2              said it was 90 days was what they needed to

 3              close, right?

 4     A        I said -- yes, they said that they felt that it

 5              would be no problem closing within 90 days.  And

 6              I said I don't want to limit myself to that, but

 7              I feel like that's true because they've done a

 8              lot of diligence already, these particular

 9              companies.  If I bring another company in,

10              that's what I meant by I want at least four

11              months, but I think within that timeframe, I'll

12              get this done.  There's -- there are -- they

13              call them NEPA studies, different things you

14              have to do which we've already done and if

15              they'll accept the old studies, then we're okay.

16              But if they want a new one, then that could

17              delay it a few weeks, but I think a reasonable

18              amount of time is four months and I think much

19              sooner is possible.

20     Q        So you're saying close within four months from

21              today?

22     A        What I'm saying is they told us -- these two

23              particular ones, both of them said that -- we

24              told them the time we're looking at, what we

25              were proposing to the Court, timeframe to do it
```

Herbert C. Jeffries

```
 1              and they said you're not going to have to go

 2              that far.  And I believe them because, you know,

 3              I know of other deals that closed much sooner.

 4              So we have a lot of stuff in play.  So I'm

 5              thinking three to four months, reasonable

 6              period, get it close to make the decision if

 7              we're going to go forward.  We've pretty much

 8              made that decision already that this is the way

 9              we want to pursue.  I don't know which company

10              yet though.

11    Q    Let me -- I'm trying to be very narrow.  In my

12              mind, I'm thinking this process is you're going

13              to negotiate, you're going to agree on some

14              number and some terms, then you're going to sign

15              a contract and then there's going to be a period

16              after signing a contract where everyone does

17              their due diligence and then after everyone is

18              satisfied, you're going to have a closing date?

19    A    Yes.

20    Q    My understanding from what you're saying is that

21              from today until the closing date is four months

22              max; is that correct?

23    A    I believe that's correct.

24    Q    Okay.  How much time do you think that you need

25              to get from today to the date that the other
```

Herbert C. Jeffries

1   side signs a contract saying that they're going

2   to go forward?

3   A   On my side of the deal, I don't know how long

4   they take to sign contracts and prepare them and

5   go through their attorneys.  That can take a day

6   or two, but on my side of it after, for example,

7   the one group that I'm meeting with next week

8   if -- if they come up to the number that we're

9   agreeable to at least on the real estate, then I

10   could, you know, on my side agree to move

11   forward with that particular one as early as in

12   a week.

13   Q   Okay.

14   A   So that's my hopes, that we'll come to terms and

15   be able to do that.  But I'm meeting with the

16   second one same week and if -- and we're still

17   looking for others and if one comes and says

18   whoa, whoa, whoa, time out, I'll make you a

19   better deal, then certainly I might delay that

20   decision for a few weeks because they'll have to

21   have time to catch up.  But on their side, how

22   long to come to contract, it's hard to say,

23   but...

24   Q   So --

25   A   Does that kind of...

Herbert C. Jeffries                                                    103

```
 1    Q    And let me explain to you where we're coming

 2         from.  Mr. Ruzinsky and I and your attorney and

 3         you talked right before we went on the record

 4         and the general discussion was whether we should

 5         ask for a continuance of the confirmation

 6         hearing to give us a little more time to figure

 7         out whether these refinances are going to go

 8         through.  I guess in plain language, I'm

 9         wondering whether if the Court continues the

10         confirmation hearing to sometime in October,

11         will October be enough time for the whole world

12         to know whether you're going to be able to get a

13         signed contract to refinance or not?

14    A    I -- I think so.  What's the date now that we're

15         set for?

16              MS. KOENIG:  August 24th.

17    A    24th, yeah, we continue to October --

18    Q    (BY MR. KINCHELOE)  It would be up to the

19         judge's discretion.

20              MS. KOENIG:  We could set it at the

21         same time as the cash collateral hearing.

22         That's in October.

23    A    When is the cash collateral hearing?

24              MS. KOENIG:  I don't recall what date.

25    Q    (BY MR. KINCHELOE)  Let's focus on the last of
```

Herbert C. Jeffries

| 1 | | my questions and then we'll talk.  Do you |
|---|---|---|
| 2 | | know -- silly question, but I want to make sure |
| 3 | | we're clear.  The people you're talking about |
| 4 | | refinancing with, are they going to want a lien |
| 5 | | on all of the assets of H.C. Jeffries and of |
| 6 | | Ford Steel? |
| 7 | A | No, not at this point.  It's just Ford Steel. |
| 8 | Q | Okay. |
| 9 | A | To finish your first question, yes, I think an |
| 10 | | extension would be good and if we could get it, |
| 11 | | the more, the better obviously in my case.  But |
| 12 | | the end of October perhaps would be good.  So I |
| 13 | | agree -- I think I can get this commitment to |
| 14 | | the point that everybody would be happy with it |
| 15 | | by that time, so -- |
| 16 | Q | Understood. |
| 17 | A | -- that's that. |
| 18 | Q | And I appreciate that.  The lien on the assets |
| 19 | | of Ford Steel have the -- I'm sorry -- has -- |
| 20 | | have the counterparties run a title check on the |
| 21 | | real property for Ford Steel yet? |
| 22 | A | They've run a lot of stuff.  I believe they |
| 23 | | have, yeah, I mean, because -- |
| 24 | Q | Do you know? |
| 25 | A | I don't know for sure, but... |

```
 1    Q      Fine.  I have no further questions.
 2                    MR. KINCHELOE:  Bruce, do you have any
 3           additional questions?
 4                    MR. RUZINSKY:  Maybe one.
 5                    FURTHER EXAMINATION
 6    QUESTIONS BY MR. RUZINSKY:
 7    Q      The parties that are -- that you're in
 8           discussions with for a refinance of the
 9           property, do they have the funds -- do you know
10           if they have the funds to do it once they sign
11           it or do they then have to go line up the funds
12           to lend to you on the refinance?
13    A      I have been -- our research of them -- you never
14           know everybody's back, but yes, I truly believe
15           they do.  But I can't...
16    Q      So you believe they have the money to lend
17           already and don't have to go out and raise it?
18    A      Yes, these -- these people do this a lot and so
19           yeah, I don't -- there's no question they have
20           to go -- they have the funds.  That's what's
21           been represented to us, let's put it that way.
22    Q      Okay.  All right.  Thank you.
23                    MR. KINCHELOE:  Do you have any
24           questions before we conclude?
25                    MS. KOENIG:  No.
```

Herbert C. Jeffries                                                                106

1                    MR. KINCHELOE:  Okay.  All right.

2              Mr. Jeffries, I'll say it again before we leave,

3              but thank you for coming in today.  We

4              appreciate the opportunity to talk to you and

5              that concludes the examination.

6                    THE WITNESS:  Okay.

7                    MR. RUZINSKY:  I appreciate it as

8              well.  Thank you.

9                              * * * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Herbert C. Jeffries                                                                107

```
 1                    CHANGES AND SIGNATURE

 2     WITNESS NAME:              DATE OF DEPOSITION:

 3     HERBERT C. JEFFRIES        AUGUST 8, 2018

 4     PAGE       LINE    CHANGE          REASON

 5     _____

 6     _____

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18     _____

19     _____

20     _____

21     _____

22     _____

23     _____

24     _____

25     _____
```

Herbert C. Jeffries

1      I, HERBERT C. JEFFRIES, have read the foregoing

2  deposition and hereby affix my signature that same is

3  true and correct, except as noted herein.

4                    _____

5                         HERBERT C. JEFFRIES

6                         Job No. 369365

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3   IN RE:                  )   CASE NO. 17-35027-H5-11
                             )   (Chapter 11)
 4   H.C. JEFFRIES TOWER     )   JUDGE RODRIGUEZ
     COMPANY, INC.           )
 5                           )   CASE NO. 17-35028-H5-11
          Debtor.           )   (Chapter 11)
 6                           )   JUDGE RODRIGUEZ
     FORD STEEL, LLC         )
 7                           )   Jointly Administered under
          Debtor.           )   CASE NO. 17-35027
 8
                      REPORTER'S CERTIFICATION
 9                      2004 EXAMINATION OF
                        HERBERT C. JEFFRIES
10                        August 8, 2018

11              I, CYNTHIA D. BARNETT, Certified Shorthand

12   Reporter in and for the State of Texas, hereby certify to

13   the following:

14              That the witness, HERBERT C. JEFFRIES, was

15   duly sworn by the officer and that the transcript of the

16   2004 Examination is a true record of the testimony given

17   by the witness;

18              I further certify that pursuant to FRCP Rule

19   30(f)(1) that the signature of the deponent:

20              ___XX___ was requested by the deponent or a

21   party before the completion of the deposition and

22   returned within 30 days from date of receipt of the

23   transcript.  If returned, the attached Changes and

24   Signature Page contains any changes and the reasons

25   therefor;
```

1    _____ was not requested by the deponent

2    or a party before the completion of the deposition.

3         I further certify that I am neither attorney

4    nor counsel for, related to, nor employed by any of the

5    parties to the action in which this testimony was taken.

6         Further, I am not a relative or employee of

7    any attorney of record in this cause, nor do I have a

8    financial interest in the action.

9         Subscribed and sworn to on this the 17th

10   day of August, 2018.

11

12                    *Cynthia D. Barnett*

13                    _____

14                    CYNTHIA D. BARNETT, CSR, RPR
                      Notary Public, State of Texas
15                    Commission Expires 01/20/2021
                      Lexitas - Firm Registration No. 95
16                    13101 Northwest Freeway, Suite 210
                      Houston, Texas 77040
17                    281.469.5580

18

19

20

21

22

23

24

25   Job No. 369365