UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

IN RE:
Ford Steel, LLC

CASE NO. 17-35028
CHAPTER 11

DEBTOR

**CHAPTER 11 POST-CONFIRMATION REPORT**
FOR THE QUARTER ENDING JUNE 2020

1. [✓] Quarterly   or   [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS*:**

   A. Disbursements made under the plan (itemize on page 3) ........ $ 196,792.41
   B. Disbursements not under the plan .............................. $ 2,382,414.17
   Total Disbursements ............................................. $ 2,579,206.58

   *ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?  [ ] Yes  [X] No
4. Are Plan payments being made as required under the Plan?  [✓] Yes  [ ] No
5. If "No", what Plan payments have not been made and why?
   Please explain: _____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 6/28/19 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   Plan under appeal

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted*?
       [ ] Yes  Date application was submitted _____
       [X] No   Date when application will be submitted 7/2/19
       *(If required by Local Rule)

    B. Estimated Date of Final Payment Under Plan 05/28/2029

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____   DATE: 07/14/2020
Herbert C Jeffries
(PRINT NAME)

IN RE: Ford Steel, LLC         CASE NO. 17-35028

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH-BEGINNING OF QUARTER | 158,419.90 | 469,195.81 |
| RECEIPTS | 2,505,126.92 | 10,208,528.69 |
| DISBURSEMENTS | | |
| NET PAYROLL | 635,369.19 | 2,898,220.74 |
| PAYROLL TAXES PAID | 194,866.05 | 894,122.50 |
| SECURED/RENTAL/LEASES | | |
| UTILITIES | 25,746.83 | 111,023.95 |
| INSURANCE | 156,890.59 | 514,967.63 |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | 5,447.08 | 57,965.17 |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | 1,124,996.00 | 4,693,566.84 |
| ADMINISTRATIVE & SELLING | 5,352.78 | 84,535.13 |
| OTHER   (attach list) | 233,745.65 | 813,495.91 |
| PLAN PAYMENTS (page 1 and page 3) | 196,792.41 | 525,486.39 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 2,579,206.58 | 10,593,384.26 |
| NET CASH FLOW | (74,079.66) | (384,855.57) |
| CASH-END OF QUARTER | 84,340.24 | 84,340.24 |

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
QUARTER ENDING JUNE

| | Month/Year April 2020 | Month/Year May 2020 | Month/Year June 2020 | Total |
|---|---|---|---|---|
| Bank Balance | 268,232.34 | 302,532.77 | 324,380.39 | 268,232.34 |
| Deposit in Transit | 2,769.00 | | | 2,769.00 |
| Outstanding Checks | 143,709.10 | 161,832.81 | 240,040.15 | 545,582.06 |
| Adjusted Balance | 127,292.24 | 140,699.96 | 84,340.24 | (274,580.72) |
| Beginning Cash-Per Books | 158,419.90 | 127,292.24 | 140,699.96 | 158,419.90 |
| Receipts | 752,885.07 | 852,202.89 | 900,038.96 | 2,505,126.92 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | 784,012.73 | 838,795.17 | 956,398.68 | 2,579,206.58 |
| Ending Cash-Per Books | 127,292.24 | 140,699.96 | 84,340.24 | 84,340.24 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year April 2020 | Month/Year May 2020 | Month/Year June 2020 | Total |
|---|---|---|---|---|
| Beginning Cash | 158,419.90 | 127,292.24 | 140,699.96 | |
| Total Receipts | 752,885.07 | 852,202.89 | 900,038.96 | 2,505,126.92 |
| Total Disbursements | 784,012.73 | 838,795.17 | 956,398.68 | 2,579,206.58 |
| Ending Cash | 127,292.24 | 140,699.96 | 84,340.24 | |

IN RE: § § § CASE NO. 17-35028
Ford Steel, LLC

**DEBTOR**

## PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| U.S.Treasury | all | | 148,539.18 | 477,233.16 |
| Texas Workforce Commission | 4A | | 2,417.26 | 2,417.26 |
| Class 5 (see attached list) | 5 | | 45,835.97 | 45,835.97 |
| | | | | |
| **TOTAL PLAN PAYMENTS:** (report on page 1 and page 2) | | | 196,792.41 | 525,486.39 |

3

IN RE: Ford Steel, LLC

Case No. 17-35028

Cash Receipts and Disbursements

Other (Listed)

| | Current Quarter | Confirmation to Date |
|---|---|---|
| Trustee Fees | 39,028.23 | 85,774.95 |
| Child Support Payments | 9,865.79 | 39,743.99 |
| Sales Tax | 87,119.88 | 239,699.96 |
| Note payments | 97,731.75 | 448,277.01 |
| Loan to Employee | 0.00 | 0.00 |
| Total Other | 233,745.65 | 813,495.91 |

IN RE: Ford Steel, LLC                                                                                               Case No. 17-35028

| Creditor | Class | Next Payment Due | Current Quarter | Confirmation To Date |
|---|---|---|---|---|
| American Express | 5 | Sep-20 | 167.68 | 167.68 |
| Bozeman Engineering, Inc. | 5 | Sep-20 | 416.72 | 416.72 |
| Carboline Company | 5 | Sep-20 | 148.34 | 148.34 |
| Chamberlain Hrdlicka | 5 | Sep-20 | 88.02 | 88.02 |
| Crown Industrial LLC. | 5 | Sep-20 | 183.41 | 183.41 |
| Currin, Wuest, Mielke, Paul & Knapp, PLLC | 5 | Sep-20 | 40.00 | 40.00 |
| D&L QUALITY PAINTING INC | 5 | Sep-20 | 408.54 | 408.54 |
| Esskay Structures, Inc. | 5 | Sep-20 | 2,774.87 | 2,774.87 |
| Intertek Asset Integrity Management, Inc. | 5 | Sep-20 | 70.84 | 70.84 |
| Fort Worth Tower LLC | 5 | Sep-20 | 2,363.37 | 2,363.37 |
| Landsberg | 5 | Sep-20 | 52.53 | 52.53 |
| Marco (Sand) | 5 | Sep-20 | 143.27 | 143.27 |
| Meadow Lark Agency, Inc. | 5 | Sep-20 | 163.76 | 163.76 |
| Metelmex Int, INC. | 5 | Sep-20 | 37.65 | 37.65 |
| Northern Safety Company, Inc. | 5 | Sep-20 | 14.42 | 14.42 |
| S&B Modular Operations, Ltd. | 5 | Sep-20 | 4,567.40 | 4,567.40 |
| Service Steel Warehouse, L.P. | 5 | Sep-20 | 3,408.34 | 3,408.34 |
| Steel and Pipe Supply Co. | 5 | Sep-20 | 10,430.00 | 10,430.00 |
| Triple-S Steel Supply Co. | 5 | Sep-20 | 16,625.31 | 16,625.31 |
| Tupa Ventures,Inc | 5 | Sep-20 | 49.23 | 49.23 |
| United Tool and Fastener, Inc. | 5 | Sep-20 | 39.07 | 39.07 |
| Xerox Capital Services, LLC | 5 | Sep-20 | 49.03 | 49.03 |
| RL Land Services, Inc. | 5 | Sep-20 | 3,594.17 | 3,594.17 |
| | | | 45,835.97 | 45,835.97 |