IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| H.C. JEFFRIES TOWER | § | CASE NO. 17-35027-H5-11 |
| COMPANY, INC. | § | (Chapter 11) |
|    Debtor | § | |
| | § | |
| FORD STEEL, LLC. | § | CASE NO. 17-35028 |
|    Debtor | § | (Chapter 11) |
| | § | JUDGE RODRIGUEZ |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 17-35027-H5-11 |

# Expedited Second Motion for Entry of Final Decree for H.C. Jeffries Tower Company, Inc. Pursuant to Federal Bankruptcy Rule 3022 A Hearing is Requested Prior to September 30, 2020 [Refers to Docket No. 244]

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ, UNITED STATES BANKRUPTCY JUDGE:**

      H.C. Jeffries Tower Company, Inc, Debtor-in-Possession herein, files this Expedited

Second Motion for Entry of Final Decree Pursuant to Federal Bankruptcy Rule 3022 (the

"Motion"), and in support thereof would show this Court as follows:

1. The Order Confirming Plan was entered on May 29, 2019.

2. Counsel's Final Fee Application approved on July 10, 2019 at Docket No. 272.

3. The Debtor's Post-Confirmation Certificate was filed on June 10, 2019.

4. The Appeal filed by the United States was dismissed by agreement on September 2, 2020 at Docket No. 311.

5. The Debtor has been filing quarterly, post-confirmation operating reports and has funds on hand to pay the quarterly fees for the third quarter of 2020.

6. The Debtor is current on payments under its confirmed plan..

7. The Debtor is requesting that this Court enter the Final Decree on an expedited basis as it continues to incur U.S. Trustee Fees and October 1, 2020, will begin the fourth quarter for purposes of fees.

Respectfully submitted this 16th day of September, 2020.

**COOPER & SCULLY, PC.**

By: _____ */s/   Julie M. Koenig*
Julie M. Koenig
SBA# 14217300
815 Walker, Suite 1040
Houston, Texas 77002
713/236-6800 (Telephone)
713/236-6880 (Telecopier)
Julie.Koenig@cooperscully.com

Attorneys for the Debtor

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on all of the parties on the attached service list, including parties requesting notice, via either ECF Notification or by certificateofservice.com, on the 16th day of September, 2020.

By: */s/ Julie M. Koenig*
Julie M. Koenig

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-35027<br>Southern District of Texas<br>Houston<br>Wed Sep 16 12:59:19 CDT 2020 | Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | Equistar Chemicals, LP<br>Shannon, Martin, Finkelstein, Alvarado &<br>c/o Mark Finkelstein<br>1001 McKinney St.<br>Suite 1100<br>Houston, TX 77002-6424 |
| Equitable Life & Casualty Insuranc Company<br>Jackson Walker L.L.P.<br>1401 McKinney St.<br>Suite 1900<br>Houston, TX 77010-1900 | Ford Steel, LLC<br>24800 Ford Road<br>Porter, TX 77365-5450 | H.C. Jeffries Tower Company, Inc<br>24900 Ford Road<br>Porter, TX 77365-5452 |
| Montgomery County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | S&B Modular Operations, Ltd.<br>c/o Shari L. Heyen<br>Greenberg Traurig LLP<br>1000 Louisiana Street, Suite 1700<br>Houston, TX 77002-5001 | Texas Comptroller of Public Accounts<br>Courtney J. Hull<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Triple-S Steel Supply, L.L.C.<br>8000 Jensen Dr.<br>Houston, TX 77093-8215 | (p)WILLIAM G WEST PC CPA<br>12837 LOUETTA ROAD<br>SUITE 201<br>CYPRESS TX 77429-5611 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| ADT Security Services<br>P.O. Box 371878<br>Pittsburg, PA 15250-7878 | AMEX<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 |
| American Tower<br>PO Box 2009<br>Woburn, MA 01888-0009 | Applied Bank<br>P.O. Box 701465<br>Philadelphia, PA 19176-0165 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C. 20530-0001 |
| Automatic Pump&Equipment Co<br>P.O. Box 26012<br>Beaumont, TX 77720-6012 | Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | Cooper & Scully, P.C.<br>815 Walker St., Suite 1040<br>Houston, TX 77002-5776 | Currin, Wuest, Mielke, Paul & Knapp, PLL<br>800 Rockmead Drive, Suite 220<br>Kingwood, TX 77339-2197 |
| Ericson Aircrane<br>P.O. Box 3247<br>Central Point, OR 97502-0010 | FedEx Corporate Services Inc<br>3965 Airways Blvd. Module G, 3rd Floor<br>Memphis, TN. 38116-5017 | Federal Express<br>PO Box 660481<br>Dallas, TX 75266-0481 |
| First Premier<br>PO Box 5529<br>Sioux Falls, SD 57117-5529 | Flash Technology<br>PO Box 277883<br>Atlanta, GA 30384-7883 | Forward Edge Inc<br>P.O.BOX 3140<br>HOUSTON, TX 77253-3140 |

| | | |
|---|---|---|
| Franklin Patterson<br>1002 GROVEWOOD LANE<br>Houston, TX 77008-6304 | Godwin Lewis<br>1201 Elm Street, Ste. 1700<br>Dallas, TX 75270-2041 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| HJ Tower Management Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 | Harris County<br>c/o John Dillman<br>PO Box3064<br>Houston, TX 77253-3064 | Hebert Jeffries<br>23605 White Oak Forest<br>Porter, TX 77365-5127 |
| IRS<br>8701 S. GESSNER<br>HOUSTON, TX 77074-2915 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>12941 North Freeway, Ste. 316 Stop HNW<br>Houston, TX 77060-1241 |
| Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jackson Walker LLP<br>1401 McKinney Street<br>Suite 1900<br>Houston, TX 77010-1900 | Jeremy Proske<br>22059 Woodmoss Court<br>Porter, TX 77365-3646 |
| LINEBARGER, GOGGAN & BLAIR<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | MONTGOMERY COUNTY<br>TAX COLLECTOR<br>400 N SAN JACINTO<br>CONROE, TX 77301-2823 | Maverick Unlimited Inc.<br>119 Center Street<br>Seville, OH 44273-9504 |
| Montgomery County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | NDL Chicago<br>P O Box 355<br>Summit, IL 60501-0355 | National Association of Broadcasters<br>1771 N Street NW<br>Washington DC 20036-2800 |
| North American Galvanizing Company, LLC<br>Attn: Marcile Staub<br>1800 West 21st Street South<br>Tulsa, OK 74107-2712 | Nott Ltd<br>3801 La Plata Highway<br>Farmington, NM 87401-1826 | Paul J. Ford and Co. Structural Engineer<br>250 East Broad Street # 600<br>Columbus, OH 43215-3708 |
| Premier Trailer Leasing<br>8222 Market Street<br>Houston, TX 77029-2416 | RODGERS, MILLER & MCLAIN, P.C.<br>4444 Carter Creek Pkwy, Suite 208<br>P.O. BOX 4884<br>BRYAN, TEXAS 77805-4884 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 |
| SGS Towers<br>315 W.Huron Street, Suite 120<br>Ann Arbor, MI 48103-4262 | Sagebrush Towers Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 | Skyline Steel I<br>8 Woodhollow Road, Suite 102<br>Parsippany, NJ 07054-2829 |
| Specialty Tower Lighting, Ltd.<br>1630 Elmview Dr.<br>Houston, TX 77080-7223 | Standard Premium TX Auto<br>PO BOX 52-2941<br>Miami, FL 33152-2941 | Steve Bales<br>909 Crystal Creek Dr.<br>Austin, TX 78746-4709 |

| | | |
|---|---|---|
| Suddenlink<br>PO Box 660365<br>Dallas, TX 75266-0365 | T-TEX INDUSTRIES<br>8302 Almeda Genoa Road<br>Houston, TX 77075-2560 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept |
| Texas Comptroller / SALES TAX<br>111 E. 17th Street<br>Austin, TX 78774-0100 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Texas Mutual Ins. Co.(workers comp)<br>PO Box 841843<br>Dallas, TX 75284-1843 |
| Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 | Texas Workforce Commission, Special Actions<br>Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 | The Bank & Trust of Bryan/College Statio<br>1716 Briarcrest, Suite 400<br>Bryan, TX 77802-2766 |
| Triple-S Steel Supply, L.L.C.<br>8000 Jensen Drive<br>Houston, Texas 77093-8215 | Trout Tire Company<br>25044 FM 1314<br>Porter, TX 77365-5298 | Tupa Ventures,Inc<br>26212 Whispering Pines<br>Magnolia, TX 77355-8294 |
| UNITED STATES TRUSTEE<br>515 Rusk Avenue, Ste. 3516<br>Houston, Texas 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | United Health Care<br>United Health Care Department CH10151<br>Palatine, IL 60055-0151 |
| United Tool & Fastener<br>PO Box 38951<br>Houston TX 77238-8951 | UnitedHealthcare<br>Attn: CDM - Bankruptcy<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| William G. West, P.C., CPA<br>12345 Jones Rd<br>Suite 214<br>Houston, TX 77070 | IRS<br>PO BOX 149047<br>AUSTIN, TX  78714 | (d)Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, TX 77002 |
| (d)Internal Revenue Service<br>STOP 6692 AUSC<br>Austin, TX 73301-0030 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AZZ Galvanizing - Houston West      (u)The Bank & Trust of Bryan/College Station      (u)United States of America


(d)Ford Steel LLC                      End of Label Matrix
24800 Ford Road                        Mailable recipients    77
Porter, TX 77365-5450                  Bypassed recipients     4
                                       Total                  81
```