IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| H.C. JEFFRIES TOWER | § | CASE NO. 17-35027-H5-11 |
| COMPANY, INC. | § | (Chapter 11) |
|    Debtor | § | |
| | § | |
| FORD STEEL, LLC. | § | CASE NO. 17-35028 |
|    Debtor | § | (Chapter 11) |
| | § | JUDGE RODRIGUEZ |
| | § | |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 17-35027-H5-11 |

# Expedited Second Motion for Entry of Final Decree for Ford Steel, LLC Pursuant to Federal Bankruptcy Rule 3022
## A Hearing is Requested Prior to September 30, 2020
### [Refers to Docket No. 242]

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE EDUARDO V. RODRIGUEZ, UNITED STATES BANKRUPTCY JUDGE:**

Ford Steel, LLC, Debtor-in-Possession herein, files this Expedited Second Motion for

Entry of Final Decree Pursuant to Federal Bankruptcy Rule 3022 (the "Motion"), and in support

thereof would show this Court as follows:

1. The Order Confirming Plan was entered on May 29, 2019. The Amended Order Confirming Plan was entered on June 27, 2019.

2. Counsel's Final Fee Application was approved on June 10, 2019 at Docket No. 271.

3. The Debtor's Post-Confirmation Certificate was filed on June 10, 2019.

4. The Debtor refiled under Chapter 11 of Title 11 of the United States Code on September 1, 2020, in Case No. 20-34405 (the "Second Filing"). The Second Filing is currently pending before this Court.

5. The Appeal filed by the United States was dismissed by agreement on September 2, 2020.

6. The Debtor has been filing quarterly, post-confirmation operating reports and has funds on hand to pay the quarterly fees for the third quarter of 2020.

7. The Debtor is requesting that this Court enter the Final Decree on an expedited basis as it continues to incur U.S. Trustee Fees in both this and the Second Filing and October 1, 2020, will begin the fourth quarter for purposes of fees.

Respectfully submitted this 16th day of September, 2020.

**COOPER & SCULLY, PC.**

By: _____/s/  Julie M. Koenig_____
Julie M. Koenig
SBA# 14217300
815 Walker, Suite 1040
Houston, Texas 77002
713/236-6800 (Telephone)
713/236-6880 (Telecopier)
Julie.Koenig@cooperscully.com

Attorneys for the Trustee

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on all of the parties on the attached service list, including parties requesting notice, via either ECF Notification or by certificateofservice.com, on the 16th day of September, 2020.

By: /s/ *Julie M. Koenig*
Julie M. Koenig

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-35028<br>Southern District of Texas<br>Houston<br>Wed Sep 16 13:01:10 CDT 2020 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | D & L Quality Painting, Inc.<br>c/o G Riley Hetherington<br>11 Greenway Plaza Suite 2820<br>Houston, TX 77046-1114 |
| Ford Steel, LLC<br>24800 Ford Road<br>Porter, TX 77365-5450 | Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin, tx 78711-2548 | Triple-S Steel Supply, L.L.C.<br>8000 Jensen Dr.<br>Houston, TX 77093-8215 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | AISC Industry Fund<br>Dept. 978763 P.O. Box 8763<br>Carol Stream, IL 60197-8763 | ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 |
| AZZ Inc<br>One Museum Place<br>3100 West 7th Street<br>Suite 500<br>Fort Worth, TX 76107-8701 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Logistics Group<br>68 S SERVICE RD 100<br>MELVILLE, NY 11747-2350 |
| American Petroleum Institute<br>P.O. Box 1425<br>Merrifield, VA 22116-1425 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C. 20530-0001 | Aztec Galvanizing Services<br>P.O. Box 843771<br>Dallas, TX 75284-3771 |
| Bozeman Engineering, Inc.<br>5868 Westheimer, #309<br>Houston, TX 77057-5641 | C. W. Rod Tool Company, L.P.<br>P.O. Box 4346, Dept. 271<br>Houston, TX 77210-4346 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Carboline Company<br>2150 Schuetz Road<br>St. Louis, MO 63146-3504 | Chamberlain Hrdlicka<br>1200 Smith Street Suite 1400<br>Houston, TX 77002-4496 | Cleveland Punch and Die Company<br>P.O. Box 92594-T<br>Cleveland, OH 44190-0001 |
| Conroe Welding Supply, Inc.<br>P.O. Box 2588<br>Conroe, TX 77305-2588 | Cooper & Scully, P.C.<br>815 Walker St., Suite 1040<br>Houston, TX 77002-5776 | Crown Industrial LLC.<br>P.O. Box 471<br>Willow Grove, PA 19090-0471 |
| Currin, Wuest, Mielke, Paul & Knapp, PLL<br>800 Rockmead, Suite 220<br>Kingwood, TX 77339-2197 | D & L Quality Painting, Inc.<br>c/o G Riley Hetherington<br>11 Greenway Plaza Suite 2820<br>Houston, Texas 77046-1114 | D&L QUALITY PAINTING INC<br>12212 GREEN RIVER DR<br>HOUSTON, TX 77044-2213 |
| Entergy<br>P.O. Box 8104<br>Baton Rouge, LA 70891-8104 | Equitable Life & Casualty Insurance Company<br>c/o Bruce J. Ruzinsky/Jackson Walker L.L<br>1401 McKinney, Suite 1900<br>Houston, TX 77010-4037 | Equitable Life and Casualty Insurance Co<br>3 Triad Center<br>Salt Lake City, UT 84180-1211 |

| | | |
|---|---|---|
| Esskay Structures, Inc.<br>2950 Short Court<br>Vienna, VA 22181-5906 | Fort Worth Tower LLC<br>P.O. Box 848366<br>Dallas, TX 75284-8366 | Grainger<br>P.O. Box 419267<br>Kansas City, MO 64141-6267 |
| Griffin Trade Group LLC<br>12777 Jones Rd. Ste. 315<br>Houston, TX 77070-4692 | Gulf Coast Steel Inc.<br>9420 Knight Rd.<br>Houston, TX 77045-1206 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 |
| HJ Tower Management Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 | Harris County<br>c/o John Dillman<br>PO Box3064<br>Houston, TX  77253-3064 | Hebert Jeffries<br>23605 White Oak Forest<br>Porter, TX 77365-5127 |
| IRS<br>8701 S. GESSNER<br>HOUSTON, TX 77074-2915 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IWS Gas & Supply of Texas, LTD.<br>125 Thruway Park<br>Broussard, LA 70518-3601 |
| IWS Gas and Supply of Texas, LTD<br>Lisa Gintz<br>4709 Bluebonnet Blvd. Suite A<br>Baton Rouge, LA 70809-9655 | Internal Revenue Service<br>12941 North Freeway, Ste. 316 Stop HNW<br>Houston, TX 77060-1241 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Intertek Asset Integrity Management, Inc<br>P.O. Box 419435<br>Boston, MA 02241-9435 | Konecranes Inc.<br>P.O. Box 641807<br>Pittsburgh, PA 15264-1807 | LINEBARGER, GOGGAN & BLAIR<br>PO BOX 3064<br>HOUSTON, TX  77253-3064 |
| Landsberg<br>P.O. Box 731575<br>Dallas, TX 75373-1575 | Lantek Systems, Inc.<br>5155 Financial Way, Suite #6<br>Mason, OH 45040-0055 | Lisa Gintz<br>4709 Bluebonnet Blvd. Suite A<br>Baton Rouge, LA 70809-9655 |
| MONTGOMERY COUNTY<br>TAX COLLECTOR<br>400 N SAN JACINTO<br>CONROE, TX  77301-2823 | Marco<br>701 East Boulevard<br>Deer Park, TX 77536-1915 | McNichols Company<br>P.O. Box 101211<br>Atlanta, GA 30392-1211 |
| Meadow Lark Agency Inc.<br>PO Box 150029<br>Ogden, UT 84415-0029 | Memorial Herman Health Plan<br>P.O.BOX 223767<br>DALLAS, TX 75222-3767 | Metelmex Int, INC.<br>3006 April Ln.<br>Houston, TX 77092-7216 |
| Montgomery County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | North American Galvanizing Company, LLC<br>Attn: Marcile Staub<br>1800 West 21st Street South<br>Tulsa, OK 74107-2712 | Northern Safety Company, Inc.<br>P.O. Box 4250<br>Utica, NY 13504-4250 |

| | | |
|---|---|---|
| Prystash Insurance Agency<br>2207 Danbury P.O. Box 17926<br>San Antonio, TX 78217-0926 | Puma Chemical<br>P.O. Box 67<br>Marble, NC 28905-0067 | Quincy Compressor<br>PO Box 123427<br>Dallas, TX 75312-3427 |
| RODGERS, MILLER & MCLAIN, P.C.<br>4444 Carter Creek Pkwy, Suite 208<br>P.O. BOX 4884<br>BRYAN, TEXAS 77805-4884 | Rick Peterson<br>RL Land Services LLC<br>4111 Fitzwater Drive<br>Spring, TX 77373-7444 | S&B Modular Operations, Ltd.<br>3959 Oscar Nelson Jr. Dr.<br>Baytown, TX 77523-8022 |
| S&B Modular Operations, Ltd.<br>c/o Brent Searcy B3W-322<br>7825 Park Place Blvd.<br>Houston, TX 77087-4639 | SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 | Sagebrush Towers Inc.<br>24900 Ford Road<br>Porter, TX 77365-5452 |
| Sepco Septic Service<br>80 Westbrook Circle<br>Waller, TX 77484-9703 | Service Steel Warehouse, L.P.<br>P.O. Box 843965<br>Dallas, TX 75284-3965 | Standard Premium<br>13590 SW 134th Ave, Suite 214<br>Miami, FL 33186-4576 |
| Standard Premium-Auto<br>13590 SW 134th Ave, Suite 214<br>Miami, FL 33186-4576 | Steel and Pipe Supply Co.<br>P.O.BOX 731266<br>Dallas, TX 75373-1266 | Steve Bales<br>909 Crystal Creek Dr.<br>Austin, TX 78746-4709 |
| SuddenLink<br>P.O. Box 660365<br>Dallas, TX 75266-0365 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 EAST 15TH STREET, ROOM 556<br>AUSTIN, TX 78778-0001 |
| Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 | The Bank & Trust of Bryan/College Statio<br>1716 Briarcrest, Suite 400<br>Bryan, TX 77802-2766 | The Bank & Trust of Bryan/College Statio<br>PO Box 5847<br>Bryan, TX 77805-5847 |
| Triple-S Steel Supply Co.<br>P.O. Box 21119<br>Houston, TX 77226-1119 | Tupa Ventures,Inc<br>26212 Whispering Pines St.<br>Magnolia, TX 77355 | TxTag<br>P.O. Box 650749<br>Dallas, TX 75265-0749 |
| U-Stone Tooling Co. Inc<br>P.O. Box 9402<br>Houston, TX 77261-9402 | UNITED STATES TRUSTEE<br>515 Rusk Avenue, Ste. 3516<br>Houston, Texas 77002-2604 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| United Tool and Fastener, Inc.<br>P.O. Box 38951<br>Houston, TX 77238-8951 | Xerox Capital Services, LLC<br>P.O. Box 7405<br>Pasadena, CA 91109-7405 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 |

Steve M. Williard  
The Williard Law Firm, LP  
1920 North Memorial Way  
Suite 207  
Houston, TX 77007-5385  

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>PO BOX 149047<br>AUSTIN, TX 78714 | (d)Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>STOP 6692 AUSC<br>Austin, TX 73301-0030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)United States of America | (d)American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | (d)Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 |

End of Label Matrix  
Mailable recipients    90  
Bypassed recipients     3  
Total                  93